1  TOWNSEND AND TOWNSEND AND CREW LLP
   Daniel J. Furniss (State Bar No. 73531)
2  A. James Isbester (State Bar No. 129820)
   Two Embarcadero Center Eighth Floor
3  San Francisco, CA  94111
   Telephone:  (415) 576-0200
4  Facsimile:  (415) 576-0300
   Email: djfurniss@townsend.com
5          jisbester@townsend.com

6  Attorneys for specially appearing defendants
   Wi-LAN, Inc., Wi-LAN Technologies
7  Corporation, Wi-LAN Technologies, Inc.,
   and Wi-LAN V-Chip Corp.
8



10/27/2008

9  UNITED STATES DISTRICT COURT

10  FOR THE NORTHERN DISTRICT OF CALIFORNIA

11  SAN JOSE DIVISION

12

13  INTEL CORPORATION,                         Case No. C 08-CV-04555  **JW (HRL)**

14       Plaintiffs,                           **STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO AMENDED COMPLAINT**

15       v.

16  WI-LAN, INC., WI-LAN TECHNOLOGIES
    CORPORATION, WI-LAN
17  TECHNOLOGIES, INC., and WI-LAN V-
    CHIP CORP.,
18
         Defendants.
19

20

21       Specially appearing defendants Wi-LAN, Inc., Wi-LAN Technologies Corporation, Wi-

22  LAN Technologies, Inc., and Wi-LAN V-Chip Corp, by and through their counsel, request that

23  defendants' time to answer or otherwise respond to the amended complaint herein be extended

24  until January 5, 2009.

25       This stipulated request is made on the grounds that defendants require the additional time

26  in which to prepare appropriate responses.  Defendants' time to respond to the complaint has not

27  previously been extended, either by stipulation or by order.  The complaint in this case was filed

28  on September 30, 2008.  Plaintiff Intel Corporation does not oppose defendants' request.

So stipulated,

Dated: October 22, 2008          TOWNSEND AND TOWNSEND AND CREW LLP


By:          /S/
      A. JAMES ISBESTER

Attorneys for specially appearing defendants Wi-LAN, Inc., Wi-LAN Technologies, Corporation, Wi-LAN Technologies, Inc., and Wi-LAN V-Chip Corp.

Dated: October ___, 2008          KIRKLAND & ELLIS LLP


By:          /S/
      ADAM R. ALPER

Attorneys for plaintiff Intel Corporation.

Upon the parties' stipulation, and good cause appearing therefor, it is

**SO ORDERED.**

Dated: __October 27__, 2008    By: _____/s/ James Ware_____
                                    United States District Court Judge

STIPULATION AND ORDER EXTENDING TIME                                             - 2 -
CASE NO. C 08-CV-04555 HRL