| | |
|---|---|
| 1 | TOWNSEND AND TOWNSEND AND CREW LLP |
| 2 | Daniel J. Furniss (State Bar No. 73531) |
| | A. James Isbester (State Bar No. 129820) |
| 3 | Two Embarcadero Center Eighth Floor |
| | San Francisco, CA 94111 |
| 4 | Telephone: (415) 576-0200 |
| | Facsimile: (415) 576-0300 |
| 5 | Email: djfurniss@townsend.com |
| 6 |        jisbester@townsend.com |
| 7 | Attorneys for specially appearing defendants |
| | Wi-LAN, Inc., Wi-LAN Technologies |
| 8 | Corporation, Wi-LAN Technologies, Inc., |
| | and Wi-LAN V-Chip Corp. |

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| INTEL CORPORATION,<br><br>    Plaintiffs,<br><br>    v.<br><br>WI-LAN, INC., WI-LAN TECHNOLOGIES CORPORATION, WI-LAN TECHNOLOGIES, INC., and WI-LAN V-CHIP CORP.,<br><br>    Defendants. | Case No. C 08-CV-04555 JW<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO AMENDED COMPLAINT** |

Specially appearing defendants Wi-LAN, Inc., Wi-LAN Technologies Corporation, Wi-LAN Technologies, Inc., and Wi-LAN V-Chip Corp, by and through their counsel, request that defendants' time to answer or otherwise respond to the amended complaint herein be extended until January 15, 2009.

This stipulated request is made on the grounds that defendants require the additional time in which to prepare appropriate responses. The complaint in this case was filed on September 30,

STIPULATION AND ORDER TO EXTEND TIME TO RESPOND
TO AMENDED COMPLAINT                                                                  - 1 -
Case No. C 08-CV-04555 HRL
Dallas 270375v1

2008. Defendants' time to respond to the complaint has been previously extended by Order dated October 27, 2008. Plaintiff Intel Corporation does not oppose defendants' request.

So stipulated,

Dated:  December 31, 2008          TOWNSEND AND TOWNSEND AND CREW LLP

By: _____/S/_____
A. James Isbester (SBN 129820)
TOWNSEND AND TOWNSEND AND
   CREW LLP
Two Embarcadero Center Eighth Floor
San Francisco, CA 94111
Telephone: (415) 576-0200
Facsimile:  (415) 576-0300
Email:  jisbester@townsend.com

Attorneys for specially appearing defendants Wi-LAN, Inc., Wi-LAN Technologies, Corporation, Wi-LAN Technologies, Inc., and Wi-LAN V-Chip Corp.

Dated:  December 31, 2008          KIRKLAND & ELLIS LLP

By: _____/S/_____
Adam R. Alper (SBN 196834)
KIRKLAND & ELLIS LLP
555 California Street
San Francisco, California 94104-1501
Telephone: (415) 439-1876
Facsimile: (415) 439-1500
Email:  aalper@kirkland.com

Attorneys for plaintiff Intel Corporation

Upon the parties' stipulation, and good cause appearing therefor, it is SO ORDERED.

Dated:  ____January 12____, 200_9   By:  _/s/ James Ware_____
United States District Court Judge

STIPULATION AND ORDER TO EXTEND TIME TO RESPOND
TO AMENDED COMPLAINT                                                                                              - 2 -
Case No. C 08-CV-04555 HRL
Dallas 270375v1