UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**RELATED CASE ORDER**

A Motion for Administrative Relief to Consider Whether Cases Should be Related or a *Sua Sponte* Judicial Referral for Purpose of Determining Relationship (Civil L.R. 3-12) has been filed.  The time for filing an opposition or statement of support has passed.  As the judge assigned to the earliest filed case below that bears my initials, I find that the more recently filed case(s) that I have initialed below are related to the case assigned to me, and such case(s) shall be reassigned to me.  Any cases listed below that are not related to the case assigned to me are referred to the judge assigned to the next-earliest filed case for a related case determination.

<u>C 08-05543</u> EMC        Broadcom Corp., v. Wi-Lan, Inc

<u>C 08-04555 JW</u>          Intel Corporation v. Wi-Lan, Inc.

C 08-05544 JW              Marvell Semiconductor, Inc., et al. v. Wi-LAN,Inc.

I find that the above case is related to the case assigned to me. ____JW_____

**ORDER**

Counsel are instructed that all future filings in any reassigned case are to bear the initials of the newly assigned judge immediately after the case number. Any case management conference in any reassigned case will be rescheduled by the Court.  The parties shall adjust the dates for the conference, disclosures and report required by FRCivP 16 and 26 accordingly.  Unless otherwise ordered, any dates for hearing noticed motions are vacated and must be re-noticed by the moving party before the newly assigned judge; any deadlines set by the ADR Local Rules remain in effect; and any deadlines established in a case management order continue to govern, except dates for appearance in court, which will be rescheduled by the newly assigned judge.

Dated: January 16, 2009        ____*James Ware*_____
                                Judge James Ware

## CLERK'S NOTICE

  The Court coordinates a case management conference in ALL cases for **March 16, 2009 at 10:0 AM** in Courtroom 8, 4th Floor, San Jose.  The parties are to file a joint case management conference statement in each respective case docket on or before **March 6, 2009.**

                     **Richard W. Wieking, Clerk**

DATED: ____January 16, 2009____       By: _Elizabeth C Garcia_
                         **Deputy Clerk**

## CERTIFICATE OF SERVICE

  I certify that on the date stated below, I lodged a copy of this order with each judicial officer and I mailed a copy to each counsel of record or *pro se* party in the cases listed above.

                     **Richard W. Wieking, Clerk**

DATED: ___January 16, 2009____       By: _Elizabeth C Garcia_
                         **Deputy Clerk**

Copies to: Courtroom Deputies
      Case Systems Administrators
      Counsel of Record
Entered into Assignment Program: _____(date)