TOWNSEND AND TOWNSEND AND CREW LLP
A. JAMES ISBESTER (State Bar No. 129820)
Two Embarcadero Center, 8th Floor
San Francisco, California  94111
Telephone: 415.576.0200
Facsimile: 415.576.0300
Email: jisbester@townsend.com

Specially appearing as attorney for Defendants
WI-LAN INC. WI-LAN TECHNOLOGIES
CORPORATION, WI-LAN TECHNOLOGIES INC.
AND WI-LAN V-CHIP CORPORATION

*IT IS SO ORDERED*
*Judge James Ware*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| INTEL CORPORATION,<br><br>                    Plaintiff,<br><br>       v.<br><br>WI-LAN INC., WI-LAN TECHNOLOGIES CORPORATION, WI-LAN TECHNOLOGIES INC., and WI-LAN V-CHIP CORP.,<br><br>                    Defendants. | Case No. 5:08-cv-4555 JW (HRL)<br><br>**STIPULATION AND [PROPOSED] ORDER DISMISSING WI-LAN TECHNOLOGIES CORPORATION, WI-LAN TECHNOLOGIES INC., AND WI-LAN V-CHIP CORP.** |

Specially appearing defendants Wi-LAN Inc., Wi-LAN Technologies Corporation, Wi-LAN Technologies Inc. and Wi-LAN V-Chip Corporation and plaintiff Intel Corporation ("Intel"), by and through their respective counsel, hereby submit the following stipulation.

**RECITALS**

As disclosed in the attached Declaration of William Middleton Regarding Ownership of Patents In Suit, Defendants have represented to Intel that none of Wi-LAN Technologies Corporation, Wi-LAN Technologies Inc. and Wi-LAN V-Chip Corporation (collectively, the "Non-Owner Defendants") currently holds any interest in any of the patents-in-suit.  Accordingly, none of the Non-Owner Defendants presently needs to be a party to this matter in order that the Court can fully resolve

all issues now before it.  By entering into this stipulation, Intel takes no position on the ownership of the patents-in-suit, and reserves all right and arguments on that issue and any transactions regarding the patents-in-suit.

**STIPULATION**

Therefore, the parties stipulate as follows:

1. Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, the Non-Owner Defendants are each dismissed without prejudice, each party to bear its own costs.

Respectfully submitted,

DATED:  January 15, 2009         TOWNSEND AND TOWNSEND AND CREW LLP

By:_____/s/_____
      A. James Isbester

Attorney for Specially Appearing Defendants Wi-LAN Inc., WI-LAN Technologies Corporation, Wi-LAN Technologies Inc., and Wi-LAN V-Chip Corp.

KIRKLAND & ELLIS LLP

By:_____/s/_____
      Adam Alper

Attorneys for Plaintiff Intel Corporation

**ORDER**

Upon the parties' stipulation, and good cause appearing therefor,

**IT IS SO ORDERED**. The Clerk shall terminate these parties from the docket.

DATED:  February 20, 2009         By:_____/s/ James Ware_____
                                            Honorable James Ware
                                            United States District Court Judge