**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Intel Corp., _____/ | NO. C 08-04555 JW |
| | NO. C 08-05543 JW |
| Broadcom Corp., _____/ | NO. C 08-05544 JW |
| | NO. C 08-05624 JW |
| | NO. C 08-05742 JW |
| Marvell Semiconductor, Inc. _____/ | **ORDER FOLLOWING CASE MANAGEMENT CONFERENCE; SETTING HEARING DATE FOR DEFENDANT'S MOTION TO DISMISS OR TRANSFER** |
| Acer America Corp., _____/ | |
| Sony Computer Entertainment America, Inc., et al., | |
| Plaintiffs, | |
| v. | |
| Wi-Lan, Inc., | |
| Defendant. _____/ | |

On March 16, 2009, the Court conducted a Case Management Conference. Counsel for the respective parties were present. In light of the discussion at the Conference, the Court orders as follows:

(1) The Court adopts the briefing schedule set out in the parties' Joint Case Management Statement for Defendant's pending Motion to Dismiss, with the following modification: The Court will conduct a hearing on Defendant's Motion to Dismiss or Transfer on **May 1, 2009 at 1:30 p.m.**[1]

---

[1] Due to the Court's unavailability, the Court continues the hearing from April 24, 2009 to this date.

     (2)     Ten (10) days after the Court rules on Defendant's Motion in the Intel action, the parties shall inform the Court of their proposals for moving forward with litigation in all five related actions. The Court will set a date for a further Case Management Conference in its order addressing Defendant's Motion.

Dated: March 25, 2009

                                                               JAMES WARE
                                                               United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

A. James Isbester jamie@itpatentcounsel.com
Adam R. Alper aalper@kirkland.com
Christian Chadd Taylor ctaylor@kirkland.com
Gayle Esther Rosenstein gklein@mckoolsmith.com
George C. Best gbest@foley.com
Gregory S. Arovas garovas@kirkland.com
John M. Desmarais jdesmarais@kirkland.com
Megan M Chung mmchung@townsend.com
Michael C. Spillner mspillner@orrick.com
Michael Woodrow De Vries mike.devries@lw.com
Robert A. Cote rcote@mckoolsmith.com

**Dated: March 25, 2009**          **Richard W. Wieking, Clerk**

**By:    /s/ JW Chambers**
       **Elizabeth Garcia**
       **Courtroom Deputy**

**United States District Court**
For the Northern District of California