\* E-filed 4/16/09\*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| INTEL CORPORATION,<br><br>   Plaintiff,<br><br> v.<br><br>WI-LAN, INC., WI-LAN TECHNOLOGIES CORPORATION, WI-LAN TECHNOLOGIES, INC. AND WI-LAN VI-CHIP CORP,<br><br>   Defendants.<br>_____/ | Case No. CV 08-04555 JW (HRL)<br><br>**ORDER DENYING PLAINTIFF'S MOTION FOR AN ORDER SHORTENING TIME RE: MOTION TO COMPEL; AND (2) SETTING HEARING ON MOTION TO COMPEL**<br><br>Re: Docket No. 114 |

  On April 10, 2009, plaintiff Intel Corporation filed a motion to compel discovery relevant to defendant's motion to dismiss/transfer.

  Presently before the court is plaintiff's motion for an expedited April 22, 2009 hearing on the motion to compel. Defendant Wi-Lan opposes the request. Upon consideration of the papers submitted by the parties, the court orders as follows:

 1. The court does not find good cause has been shown to justify an expedited hearing. The hearing is set for May 26, 2009, 10:00 a.m. in Courtroom 2.

 2. Briefing on the motion shall proceed in accordance with the court's Civil Local Rules.

**IT IS SO ORDERED.**

Dated: 4/16/09

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

1   THIS IS TO CERTIFY THAT A COPY OF THIS NOTICE WILL BE SENT VIA ECF.

2   * Counsel are responsible for providing copies of this order to co-counsel.

4   Dated: 4/16/09

                                                   /s/ mpk
                                 Chambers of Magistrate Judge Lloyd

**United States District Court**
For the Northern District of California