\* E-filed 05/26/2009 \*

Robert A. Cote (admitted *pro hac vice*)
rcote@mckoolsmith.com
Gayle Rosenstein Klein (State Bar No. 237975)
gklein@mckoolsmith.com
MCKOOL SMITH P.C.
399 Park Avenue, Suite 3200
New York, NY 10022
Telephone: (212) 402-9400
Facsimile:  (212) 402-9444

Michael G. McManus (admitted *pro hac vice*)
mmcmanus@mckoolsmith.com
MCKOOL SMITH P.C.
1700 K Street, N.W., Suite 740
Washington, D.C. 20006
Telephone (202) 370-8300
Facsimile: (202) 370-8344

ATTORNEYS FOR SPECIALLY APPEARING
DEFENDANT WI-LAN INC.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| INTEL CORPORATION,<br><br>                    Plaintiff,<br><br>v.<br><br>WI-LAN, INC., WI-LAN TECHNOLOGIES CORPORATION, WI-LAN TECHNOLOGIES, INC., and WI-LAN V-CHIP CORP.,<br><br>                    Defendants. | Case No.  5:08-cv-4555 JW (HRL)<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER CONTINUING HEARINGS ON MOTIONS TO COMPEL UNTIL AUGUST 18, 2009**<br><br>Date:  August 18, 2009<br>Time:  10:00 a.m.<br>Courtroom:  2<br>Magistrate Judge:  Hon. Howard R. Lloyd |

JOINT STIPULATION AND [PROPOSED] ORDER CONTINUING HEARINGS ON MOTIONS TO COMPEL UNTIL AUGUST 18, 2009
Case No. 5:08-cv-4555

Austin 51116v1

1  Subject to the approval of the Court, the parties respectfully request that the hearings for
2  Wi-LAN Inc.'s ("Wi-LAN") April 17, 2009 Motion to Compel Discovery and Intel
3  Corporation's ("Intel") April 10, 2009 Motion to Compel Discovery Relevant to Wi-LAN's
4  Motion to Dismiss/Transfer be continued from June 16, 2009, to August 18, 2009, at 10:00 a.m.,
5  or as soon thereafter as the matter may be heard.  This stipulation is hereby filed before the
6  deadline for Plaintiff Intel's opposition or Defendant Wi-LAN's opposition, and neither Intel nor
7  Wi-LAN has yet filed an opposition to either motion.
8  So stipulated,

JOINT STIPULATION AND [PROPOSED] ORDER CONTINUING HEARINGS ON MOTIONS TO COMPEL UNTIL AUGUST 18, 2009
Case No. 5:08-cv-4555

1

| | |
|---|---|
| Dated: May 22, 2009 | By: /s/ Michael G. McManus<br>Robert A. Cote (admitted *pro hac vice*)<br>rcote@mckoolsmith.com<br>Gayle Rosenstein Klein<br>(State Bar No. 237975)<br>gklein@mckoolsmith.com<br>MCKOOL SMITH P.C.<br>399 Park Avenue, Suite 3200<br>New York, NY 10022<br>Telephone: (212) 402-9400<br>Facsimile:  (212) 402-9444<br><br>Michael G. McManus<br>(admitted *pro hac vice*)<br>mmcmanus@mckoolsmith.com<br>MCKOOL SMITH P.C.<br>1700 K Street, N.W., Suite 740<br>Washington, D.C. 20006<br>Telephone (202) 370-8300<br>Facsimile: (202) 370-8344<br><br>ATTORNEYS FOR DEFENDANTS WI-LAN INC., WI-LAN TECHNOLOGIES CORPORATION, WI-LAN TECHNOLOGIES, INC., and WI-LAN V-CHIP CORP. |
| Dated: May 22, 2009 | By: /s/ Adam R. Alper<br>Adam R. Alper (S.B.N. 196834)<br>aalper@kirkland.com<br>KIRKLAND & ELLIS LLP<br>555 California Street<br>San Francisco, CA 94104-1501<br>Telephone: (415) 439-1400<br>Facsimile:  (415) 439-1500<br><br>ATTORNEYS FOR PLAINTIFF INTEL CORPORATION |

JOINT STIPULATION AND [PROPOSED] ORDER CONTINUING HEARINGS ON MOTIONS TO COMPEL UNTIL AUGUST 18, 2009
Case No. 5:08-cv-4555

2

**Order**

Pursuant to the parties' stipulation, the hearings for Wi-LAN Inc.'s ("Wi-LAN") April 17, 2009 Motion to Compel Discovery and Intel Corporation's ("Intel") April 10, 2009 Motion to Compel Discovery Relevant to Wi-LAN's Motion to Dismiss/Transfer are continued from June 16, 2009, to August 18, 2009, at 10:00 a.m.

IT IS SO ORDERED.

Dated: __May 25_____, 2009        By:_____
                                   THE HONORABLE HOWARD R. LLOYD
                                   UNITED STATES MAGISTRATE JUDGE

JOINT STIPULATION AND [PROPOSED] ORDER CONTINUING HEARINGS ON MOTIONS TO COMPEL UNTIL AUGUST 18, 2009
Case No. 5:08-cv-4555

3