IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Intel Corporation, _____/ | NO. C 08-04555 JW<br>NO. C 08-05544 JW<br>NO. C 08-05543 JW |
| Marvell Semiconductor, Inc., et al., _____/ | NO. C 08-05624 JW<br>NO. C 08-05742 JW |
| Broadcom Corp., et al., _____/ | **ORDER FOLLOWING CASE MANAGEMENT CONFERENCE** |
| Acer America Corp., et al., _____/ | |
| Sony Computer Entertainment America, Inc., et al.,<br>        Plaintiffs,<br>  v.<br>Wi-LAN, Inc.,<br>        Defendant.<br>_____/ | |

On June 23, 2009, the Court conducted a Case Management Conference in the Intel Corp. v. Wi-LAN actions. Counsel for the respective parties were present as well as counsel for the related action. Based on the discussion at the conference, the Court sets the following schedule for the next stages of these related litigations:

    (1)    On or before **August 24, 2009**, the parties in the Intel Action shall jointly file a document summarizing the patents and products relevant to this litigation. The document shall contain (a) a list of all patents in suit; (b) a description of the claims

relevant to Intel's purported non-infringement; and (c) a description of the features and functions of the relevant accused products. The parties shall meet and confer to determine a procedure for production of this summary document.

(2) On **September 2, 2009 at 9 a.m.**, the parties in all actions shall appear for a Case Management Conference.

(3) On **September 28, 2009 at 9 a.m.**, the Court will conduct a hearing on Defendant's Motion for Certification of Interlocutory Appeal or Motion for Reconsideration of the Court's June 4, 2009 Order. In additions, the Court will hear Defendant's Motions to Transfer the related Bluetooth actions to the Eastern District of Texas. The parties shall adhere to the briefing schedule as set forth in the Court's Civil Local Rules.

Dated: June 25, 2009

JAMES WARE
United States District Judge

2

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Adam R. Alper aalper@kirkland.com
Christian Chadd Taylor ctaylor@kirkland.com
Gayle Rosenstein Klein gklein@mckoolsmith.com
Gianni Cutri gcutri@kirkland.com
Gregory S. Arovas garovas@kirkland.com
John M. Desmarais jdesmarais@kirkland.com
Michael C. Spillner mspillner@orrick.com
Michael G. McManus mmcmanus@mckoolsmith.com
Michael Woodrow De Vries mike.devries@lw.com
Robert A. Cote rcote@mckoolsmith.com

**Dated:  June 25, 2009**               **Richard W. Wieking, Clerk**

                            **By:      /s/ JW Chambers**
                                **Elizabeth Garcia**
                                **Courtroom Deputy**

**United States District Court**
For the Northern District of California