Robert A. Cote (admitted *pro hac vice*)
rcote@mckoolsmith.com
Gayle Rosenstein Klein (State Bar No. 237975)
gklein@mckoolsmith.com
MCKOOL SMITH P.C.
399 Park Avenue, Suite 3200
New York, NY 10022
Telephone: (212) 402-9400
Facsimile:  (212) 402-9444

Michael G. McManus (admitted *pro hac vice*)
mmcmanus@mckoolsmith.com
MCKOOL SMITH P.C.
1700 K Street, N.W., Suite 740
Washington, D.C. 20006
Telephone (202) 370-8300
Facsimile: (202) 370-8344

ATTORNEYS FOR SPECIALLY APPEARING
DEFENDANT WI-LAN INC.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| INTEL CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>WI-LAN, INC., WI-LAN TECHNOLOGIES CORPORATION, WI-LAN TECHNOLOGIES, INC., and WI-LAN V-CHIP CORP.,<br><br>Defendants. | Case No.  5:08-cv-4555 JW (HRL)<br><br>**STIPULATION AND PROPOSED ORDER FOR LEAVE FOR DEFENDANT WI-LAN TO FILE AMENDED VERSION OF WI-LAN'S BRIEF IN REPLY TO INTEL'S OPPOSITION TO WI-LAN'S MOTION TO DISMISS OR TRANSFER**<br><br>Date: May 4, 2009<br>Time: 9:00 a.m.<br>Courtroom: 8, 4th Floor<br>Judge: Hon. James Ware |

1       In accordance with the Court's May 5, 2009 Order Granting Motion to Seal; Approving
2  Stipulation; Denying Leave to File Excess Pages as Moot, *see* Dkt. No. 183, Defendant Wi-
3  LAN, Inc. ("Wi-LAN") hereby requests leave to file an amended version of its Brief in Reply to
4  Intel's Opposition to Wi-LAN's Motion to Dismiss or Transfer, *see* Dkt. No. 163, ("Amended
5  Reply") to conform with the May 5, 2009 Order.
6       In the Court's May 5, 2009 Order, the Court denied Wi-LAN's stipulated request for an
7  additional two (2) pages beyond Local Rule 7-4(b)'s fifteen page limit for its Reply to Intel's
8  Opposition to Wi-LAN's Motion to Dismiss. *See* May 5, 2009 Order, Dkt. No. 183, at 1. Upon
9  receiving the Court's May 5, 2009 Order, Wi-LAN revised its brief to conform with the Court's
10 Order and thereafter provided the Amended Reply to Plaintiff Intel Corporation ("Intel"). The
11 Amended Reply, attached as Exhibit A, conforms with the 15-page limit and does not include or
12 make reference to any exhibits or declarations other than those included with the originally-filed
13 opposition. Intel stipulates to Wi-LAN's request for leave to file the Amended Reply.
14      The parties therefore stipulate and request that Wi-LAN be permitted leave to file the
15 Amended Reply attached herein as Exhibit A. If leave is granted to file the Amended Reply, Wi-
16 LAN shall take any steps requested by the Court to ensure that Wi-LAN's Amended Reply is
17 properly linked on the ECF system to Wi-LAN's previously filed declarations and exhibits, and
18 if the Court desires, refile copies of the declarations or exhibits or otherwise ensure that the
19 Court has a complete copy of the Amended Rely and exhibits and declarations thereto.
20      So stipulated,

| | | |
|---|---|---|
| 1 | Dated:  May 7, 2009 | By: /s/ Michael G. McManus |
| 2 | | Robert A. Cote (admitted *pro hac vice*) |
| | | rcote@mckoolsmith.com |
| | | Gayle Rosenstein Klein |
| 3 | | (State Bar No. 237975) |
| | | gklein@mckoolsmith.com |
| 4 | | MCKOOL SMITH P.C. |
| | | 399 Park Avenue, Suite 3200 |
| 5 | | New York, NY 10022 |
| | | Telephone: (212) 402-9400 |
| 6 | | Facsimile:  (212) 402-9444 |

Michael G. McManus
(admitted *pro hac vice*)
mmcmanus@mckoolsmith.com
MCKOOL SMITH P.C.
1700 K Street, N.W., Suite 740
Washington, D.C. 20006
Telephone (202) 370-8300
Facsimile: (202) 370-8344

ATTORNEYS FOR DEFENDANTS WI-LAN INC., WI-LAN TECHNOLOGIES CORPORATION, WI-LAN TECHNOLOGIES, INC., and WI-LAN V-CHIP CORP.

Dated:  May 7, 2009

By: /s/ Adam R. Alper
Adam R. Alper (S.B.N. 196834)
aalper@kirkland.com
KIRKLAND & ELLIS LLP
555 California Street
San Francisco, CA 94104-1501
Telephone: (415) 439-1400
Facsimile:  (415) 439-1500

ATTORNEYS FOR PLAINTIFF INTEL CORPORATION

---

STIPULATION AND ORDER FOR LEAVE FOR WI-LAN TO FILE AMENDED VERSION OF WI-LAN'S BRIEF IN REPLY TO INTEL'S OPPOSITION TO WI-LAN'S MOTION TO DISMISS OR TRANSFER                           Case No. 5:08-cv-4555

2

1  **PURSUANT TO STIPULATION, IT IS SO ORDERED.**
2  The Stipulation is found as moot. The Amended reply brief was granted to be filed under seal by the Court's order on May 7, 2009 (Docket Item No. 190). The requested document has been
3  filed under seal.

4  Dated: August 17, 2009         _____
5                                                    United States District Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28