John Desmarais (*pro hac vice*)
jdesmarais@kirkland.com
Gregory S. Arovas (*pro hac vice*)
garovas@kirkland.com
KIRKLAND & ELLIS LLP
153 East 53rd Street
New York, New York  10022-4611
Telephone:     (212) 446-4800
Facsimile:      (212) 446-4900

Christian Chadd Taylor (S.B.N. 237872)
ctaylor@kirkland.com
Adam R. Alper (S.B.N. 196834)
aalper@kirkland.com
KIRKLAND & ELLIS LLP
555 California Street
San Francisco, California  94104-1501
Telephone:     (415) 439-1400
Facsimile:      (415) 439-1500

Attorneys for Plaintiff INTEL CORPORATION

IT IS SO ORDERED
*Judge James Ware*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| INTEL CORPORATION,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>WI-LAN, INC.,<br><br>　　　　Defendant. | Case No. 5:08-cv-4555 JW (HRL)<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING THIRD PARTY DISCOVERY**<br><br>Judge:         Hon. James Ware |

1    Plaintiff Intel Corporation and Defendant Wi-LAN Inc. (hereinafter "Parties"), pursuant to the September 1, 2009 Case Management Conference and the First Patent Scheduling Order (Dkt. No. 226) dated September 3, 2009 hereby stipulate to the following:

1. That the Parties will work cooperatively to coordinate discovery in this action concerning third parties with such discovery in the Wi-LAN v. Acer, et al. and Wi-LAN v. Westell, et al. (the Texas Actions) and other relevant actions.

2. That the Parties shall immediately file a joint motion in each such Texas Action to modify the Protective Orders so that discovery provided in the Texas Actions that is relevant to this case may be used in this case subject to the terms of the Protective Orders in the Texas Actions.

3. Subject to Paragraph 2, that all information obtained in the course of discovery in connection with the Texas Actions may be used in this action as if obtained pursuant to discovery in this action, including, without limitation, documents produced pursuant to request or subpoena, answers to interrogatories and requests for admissions, and testimony by affidavit, deposition, or at trial.

4. The protections set forth in the Protective Orders in the Texas Actions shall be enforceable before this Court, and that the Parties to this litigation shall also be subject to the duties and obligations of the Protective Orders issued in the Texas Actions.

Respectfully submitted,

Dated:  September 11, 2009                             /s/
John Desmarais (admitted *pro hac vice*)
jdesmarais@kirkland.com
Gregory S. Arovas (admitted *pro hac vice*)
garovas@kirkland.com
KIRKLAND & ELLIS LLP
153 East 53rd Street
New York, New York 10022-4611
Telephone:  (212) 446-4800
Facsimile:   (212) 446-4900

|   |   |
|---|---|
| 1 | Christian Chadd Taylor (S.B.N. 237872) |
|   | ctaylor@kirkland.com |
| 2 | Adam R. Alper (S.B.N. 196834) |
|   | aalper@kirkland.com |
| 3 | KIRKLAND & ELLIS LLP |
|   | 555 California Street |
| 4 | San Francisco, California 94104-1501 |
|   | Telephone: (415) 439-1400 |
| 5 | Facsimile:  (415) 439-1500 |
| 6 | Attorneys for Plaintiff INTEL CORPORATION |

Dated:  September 11, 2009              /s/
Robert A. Cote (admitted *pro hac vice*)
rcote@mckoolsmith.com
Gayle Rosenstein Klein
(State Bar No. 237975)
gklein@mckoolsmith.com
MCKOOL SMITH P.C.
399 Park Avenue, Suite 3200
New York, NY 10022
Telephone: (212) 402-9400
Facsimile: (212) 402-9444

Michael G. McManus (admitted *pro hac vice*)
mmcmanus@mckoolsmith.com
MCKOOL SMITH P.C.
1700 K Street, N.W., Suite 740
Washington, D.C. 20006
Telephone: (202) 370-8300
Facsimile:  (202) 370-8344

Attorneys for Defendant Wi-LAN, INC.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: September 24, 2009     _____
JAMES WARE
United States District Judge