Robert A. Cote (admitted *pro hac vice*)
rcote@mckoolsmith.com
Gayle Rosenstein Klein (State Bar No. 237975)
gklein@mckoolsmith.com
MCKOOL SMITH P.C.
One Bryant Park, 47th Floor
New York, NY 10036
Telephone: (212) 402-9400
Facsimile: (212) 402-9444

Michael G. McManus (admitted *pro hac vice*)
mmcmanus@mckoolsmith.com
MCKOOL SMITH P.C.
1700 K Street, N.W., Suite 740
Washington, D.C. 20006
Telephone: (202) 370-8300
Facsimile: (202) 370-8344

ATTORNEYS FOR DEFENDANT WI-LAN INC.

**IT IS SO ORDERED**
*James Ware*
Judge James Ware

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| INTEL CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>WI-LAN INC.,<br><br>Defendant. | Case No. 5:08-cv-4555 JW (HRL)<br><br>**STIPULATED MISCELLANEOUS ADMINISTRATIVE REQUEST PURSUANT TO CIVIL L.R. 7-11 TO AMEND THE FIRST PATENT SCHEDULING ORDER; NOTICE OF INTENT TO APPOINT A SPECIAL MASTER; AND [PROPOSED] ORDER**<br><br>Judge: Hon. James Ware |

Pursuant to Civil Local Rules 7-11 and 7-12, Defendant Wi-LAN Inc. and Plaintiff Intel Corporation hereby request amendment of the First Patent Scheduling Order; Notice of Intent to Appoint a Special Master (Dkt. No. 226), dated September 3, 2009. Specifically, the parties seek amendment of Section C of the Order so as to include United States Patent No. 6,956,834 within the group designated in the Order as "Adaptive Allocation" patents. The parties seek such amendment so as to effectuate the intent of the Court as expressed at the September 1, 2009 Case Management Conference.

Accordingly, concurrently filed herewith is the parties' Joint Stipulation to Amend the First Patent Scheduling Order; Notice Of Intent To Appoint A Special Master.

Dated: October 16, 2009

By: /s/ Robert A. Cote
Robert A. Cote (admitted *pro hac vice*)
rcote@mckoolsmith.com
Gayle Rosenstein Klein
(State Bar No. 237975)
gklein@mckoolsmith.com
MCKOOL SMITH P.C.
One Bryant Park, 47th Floor
New York, NY 10036
Telephone: (212) 402-9400
Facsimile: (212) 402-9444

Michael G. McManus
(admitted *pro hac vice*)
mmcmanus@mckoolsmith.com
MCKOOL SMITH P.C.
1700 K Street, N.W., Suite 740
Washington, D.C. 20006
Telephone (202) 370-8300
Facsimile: (202) 370-8344

ATTORNEYS FOR DEFENDANT
WI-LAN INC.

STIPULATED MISCELLANEOUS ADMINISTRATIVE REQUEST PURSUANT
TO CIVIL L.R. 7-11 TO AMEND THE FIRST PATENT SCHEDULING ORDER;
NOTICE OF INTENT TO APPOINT A SPECIAL MASTER; AND [PROPOSED] ORDER – Page 1

Case No. 5:08-cv-4555

Dallas 288657v1

| | | |
|---|---|---|
| 1 | Dated: October 16, 2009 | By: /s/_____ |
| | | John Desmarais (admitted *pro hac vice*) |
| 2 | | jdesmarais@kirkland.com |
| | | Gregory S. Arovas (admitted *pro hac vice*) |
| 3 | | garovas@kirkland.com |
| | | KIRKLAND & ELLIS LLP |
| 4 | | 153 East 53rd Street |
| | | New York, NY 10022-4611 |
| 5 | | Telephone: (212) 446-4800 |
| | | Facsimile: (212) 446-4900 |
| 6 | | |
| 7 | | Christian Chadd Taylor (S.B.N. 237872) |
| | | ctaylor@kirkland.com |
| 8 | | Adam R. Alper (S.B.N. 196834) |
| | | aalper@kirkland.com |
| 9 | | KIRKLAND & ELLIS LLP |
| | | 555 California Street |
| 10 | | San Francisco, CA 94104-1501 |
| | | Telephone (415) 439-1400 |
| 11 | | Facsimile: (415) 439-1500 |
| 12 | | |
| 13 | | ATTORNEYS FOR PLAINTIFF INTEL |
| 14 | | CORPORATION |

28 STIPULATED MISCELLANEOUS ADMINISTRATIVE REQUEST PURSUANT
TO CIVIL L.R. 7-11 TO AMEND THE FIRST PATENT SCHEDULING ORDER;
NOTICE OF INTENT TO APPOINT A SPECIAL MASTER; AND [PROPOSED] ORDER – Page 2

Case No. 5:08-cv-4555

Dallas 288657v1

# JOINT STIPULATION TO AMEND THE FIRST PATENT SCHEDULING ORDER; NOTICE OF INTENT TO APPOINT A SPECIAL MASTER

Pursuant to Civil Local Rule 7-12, Defendant Wi-LAN Inc. and Intel Corporation hereby stipulate to amend the First Patent Scheduling Order; Notice of Intent to Appoint a Special Master (Dkt. No. 226), dated September 3, 2009 as follows:

Section C of such order is hereby amended so as to include United States Patent No. 6,956,834 within the group designated as "Adaptive Allocation" patents.

Dated: October 16, 2009

By: /s/ Robert A. Cote
Robert A. Cote (admitted *pro hac vice*)
rcote@mckoolsmith.com
Gayle Rosenstein Klein
(State Bar No. 237975)
gklein@mckoolsmith.com
MCKOOL SMITH P.C.
399 Park Avenue, Suite 3200
New York, NY 10022
Telephone: (212) 402-9400
Facsimile: (212) 402-9444

Michael G. McManus
(admitted *pro hac vice*)
mmcmanus@mckoolsmith.com
MCKOOL SMITH P.C.
1700 K Street, N.W., Suite 740
Washington, D.C. 20006
Telephone (202) 370-8300
Facsimile: (202) 370-8344

ATTORNEYS FOR DEFENDANT
WI-LAN INC.

STIPULATED MISCELLANEOUS ADMINISTRATIVE REQUEST PURSUANT TO CIVIL L.R. 7-11 TO AMEND THE FIRST PATENT SCHEDULING ORDER; NOTICE OF INTENT TO APPOINT A SPECIAL MASTER; AND [PROPOSED] ORDER – Page 3

Case No. 5:08-cv-4555

Dallas 288657v1

| | |
|---|---|
| Dated: October 16, 2009 | By: /s/_____<br>John Desmarais (admitted *pro hac vice*)<br>jdesmarais@kirkland.com<br>Gregory S. Arovas (admitted *pro hac vice*)<br>garovas@kirkland.com<br>KIRKLAND & ELLIS LLP<br>153 East 53rd Street<br>New York, NY 10022-4611<br>Telephone: (212) 446-4800<br>Facsimile: (212) 446-4900<br><br>Christian Chadd Taylor (S.B.N. 237872)<br>ctaylor@kirkland.com<br>Adam R. Alper (S.B.N. 196834)<br>aalper@kirkland.com<br>KIRKLAND & ELLIS LLP<br>555 California Street<br>San Francisco, CA 94104-1501<br>Telephone (415) 439-1400<br>Facsimile: (415) 439-1500<br><br>ATTORNEYS FOR PLAINTIFF INTEL CORPORATION |

PURSUANT TO STIPULATION, IT IS SO ORDERED,

DATED: October 30, 2009        By: _/s/ James Ware_____
                                Honorable James Ware
                                United States District Court Judge

STIPULATED MISCELLANEOUS ADMINISTRATIVE REQUEST PURSUANT
TO CIVIL L.R. 7-11 TO AMEND THE FIRST PATENT SCHEDULING ORDER;
NOTICE OF INTENT TO APPOINT A SPECIAL MASTER; AND [PROPOSED] ORDER – Page 4

Case No. 5:08-cv-4555

Dallas 288657v1