Robert A. Cote (admitted *pro hac vice*)
rcote@mckoolsmith.com
Gayle Rosenstein Klein (State Bar No. 237975)
gklein@mckoolsmith.com
MCKOOL SMITH P.C.
One Bryant Park, 47th Floor
New York, NY 10036
Telephone: (212) 402-9400
Facsimile: (212) 402-9444

Michael G. McManus (admitted *pro hac vice*)
mmcmanus@mckoolsmith.com
MCKOOL SMITH P.C.
1700 K Street, N.W., Suite 740
Washington, D.C. 20006
Telephone: (202) 370-8300
Facsimile: (202) 370-8344

ATTORNEYS FOR DEFENDANT WI-LAN INC.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| INTEL CORPORATION, <br><br> Plaintiff, <br><br> v. <br><br> WI-LAN INC., <br><br> Defendant. | Case No. 5:08-cv-4555 JW (HRL) <br><br> **STIPULATED REQUEST FOR ORDER CHANGING TIME PURSUANT TO CIVIL L.R. 6-2 TO AMEND THE FIRST PATENT SCHEDULING ORDER; NOTICE OF INTENT TO APPOINT A SPECIAL MASTER; AND [PROPOSED] ORDER** <br><br> Judge: Hon. James Ware |

Dallas 294020v1

| | |
|---|---|
| 1 | Pursuant to Civil Local Rules 6-2 and 7-12, Defendant Wi-LAN Inc. and Plaintiff Intel Corporation hereby request amendment of the First Patent Scheduling Order; Notice of Intent to Appoint a Special Master (Dkt. No. 226), dated September 3, 2009 pursuant to the instructions of Special Master Denver following his recent discussions with the Court to approve these dates, and pursuant to the Court having established the Markman tutorial date for May 27, 2010, and the Markman hearing for May 28, 2010. Specifically, the parties seek amendment of Section C of the Order so as to extend the time for Wi-LAN to serve its Patent L.R. 3-1 Infringement Contentions for the "Adaptive Allocation" patents (as defined in the First Patent Scheduling Order) until April 2, 2010 and to extend the time for Intel to serve its Patent L.R. 3-3 Invalidity Contentions for the "Adaptive Allocation" patents until May 6, 2010. |

Pursuant to Civil Local Rules 6-2 and 7-12, Defendant Wi-LAN Inc. and Plaintiff Intel Corporation hereby request amendment of the First Patent Scheduling Order; Notice of Intent to Appoint a Special Master (Dkt. No. 226), dated September 3, 2009 pursuant to the instructions of Special Master Denver following his recent discussions with the Court to approve these dates, and pursuant to the Court having established the Markman tutorial date for May 27, 2010, and the Markman hearing for May 28, 2010. Specifically, the parties seek amendment of Section C of the Order so as to extend the time for Wi-LAN to serve its Patent L.R. 3-1 Infringement Contentions for the "Adaptive Allocation" patents (as defined in the First Patent Scheduling Order) until April 2, 2010 and to extend the time for Intel to serve its Patent L.R. 3-3 Invalidity Contentions for the "Adaptive Allocation" patents until May 6, 2010.

Accordingly, concurrently filed herewith is the parties' Joint Stipulation to Amend the First Patent Scheduling Order; Notice Of Intent To Appoint A Special Master and corresponding Declaration. In accordance with the Court's and Special Master's instructions, the parties are meeting and conferring on a schedule for Markman disclosures and briefing leading up to the May 27 Markman tutorial and May 28 Markman hearing.

STIPULATED REQUEST FOR ORDER CHANGING TIME PURSUANT TO CIVIL L.R. 6-2
TO AMEND THE FIRST PATENT SCHEDULING ORDER;
NOTICE OF INTENT TO APPOINT A SPECIAL MASTER; AND [PROPOSED] ORDER – Page 1

Case No. 5:08-cv-4555

Dallas 294020v1

| | | |
|---|---|---|
| 1 | Dated: January 22, 2010 | By: _____/s/_____ |

                                                  Robert A. Cote (admitted *pro hac vice*)
rcote@mckoolsmith.com
Gayle Rosenstein Klein
(State Bar No. 237975)
gklein@mckoolsmith.com
MCKOOL SMITH P.C.
One Bryant Park, 47th Floor
New York, NY 10036
Telephone: (212) 402-9400
Facsimile: (212) 402-9444

Michael G. McManus
(admitted *pro hac vice*)
mmcmanus@mckoolsmith.com
MCKOOL SMITH P.C.
1700 K Street, N.W., Suite 740
Washington, D.C. 20006
Telephone (202) 370-8300
Facsimile: (202) 370-8344

ATTORNEYS FOR DEFENDANT
WI-LAN INC.

STIPULATED REQUEST FOR ORDER CHANGING TIME PURSUANT TO CIVIL L.R. 6-2
TO AMEND THE FIRST PATENT SCHEDULING ORDER;
NOTICE OF INTENT TO APPOINT A SPECIAL MASTER; AND [PROPOSED] ORDER – Page 2

Case No. 5:08-cv-4555

Dallas 294020v1

| | | |
|---|---|---|
| 1 | Dated: January 22, 2010 | By:  /s/  |
| 2 | | John Desmarais (admitted *pro hac vice*) |
| | | jdesmarais@kirkland.com |
| 3 | | Gregory S. Arovas (admitted *pro hac vice*) |
| | | garovas@kirkland.com |
| 4 | | KIRKLAND & ELLIS LLP |
| | | 153 East 53rd Street |
| 5 | | New York, NY 10022-4611 |
| | | Telephone: (212) 446-4800 |
| 6 | | Facsimile: (212) 446-4900 |
| 7 | | Christian Chadd Taylor (S.B.N. 237872) |
| | | ctaylor@kirkland.com |
| 8 | | Adam R. Alper (S.B.N. 196834) |
| | | aalper@kirkland.com |
| 9 | | KIRKLAND & ELLIS LLP |
| | | 555 California Street |
| 10 | | San Francisco, CA 94104-1501 |
| | | Telephone (415) 439-1400 |
| 11 | | Facsimile: (415) 439-1500 |

ATTORNEYS FOR PLAINTIFF INTEL CORPORATION

STIPULATED REQUEST FOR ORDER CHANGING TIME PURSUANT TO CIVIL L.R. 6-2
TO AMEND THE FIRST PATENT SCHEDULING ORDER;
NOTICE OF INTENT TO APPOINT A SPECIAL MASTER; AND [PROPOSED] ORDER – Page 3

Case No. 5:08-cv-4555

Dallas 294020v1

# JOINT STIPULATION TO AMEND THE FIRST PATENT SCHEDULING ORDER; NOTICE OF INTENT TO APPOINT A SPECIAL MASTER

The Court having established the tutorial date for May 27, 2010, and the Markman hearing for May 28, 2010, pursuant to Civil Local Rule 6-2, Defendant Wi-LAN Inc. and Plaintiff Intel Corporation hereby stipulate to amend the First Patent Scheduling Order; Notice of Intent to Appoint a Special Master (Dkt. No. 226), dated September 3, 2009 as follows:

Section C of such order is hereby amended so as to set the date for Wi-LAN to serve its Patent L.R. 3-1 Infringement Contentions for the "Adaptive Allocation" patents (as defined in the First Patent Scheduling Order) to April 2, 2010 and to set the date for Intel to serve its Patent L.R. 3-3 Invalidity Contentions for the "Adaptive Allocation" patents to May 6, 2010.

Dated: January 22, 2010

By: _____/s/_____
Robert A. Cote (admitted *pro hac vice*)
rcote@mckoolsmith.com
Gayle Rosenstein Klein
(State Bar No. 237975)
gklein@mckoolsmith.com
MCKOOL SMITH P.C.
399 Park Avenue, Suite 3200
New York, NY 10022
Telephone: (212) 402-9400
Facsimile: (212) 402-9444

Michael G. McManus
(admitted *pro hac vice*)
mmcmanus@mckoolsmith.com
MCKOOL SMITH P.C.
1700 K Street, N.W., Suite 740
Washington, D.C. 20006
Telephone (202) 370-8300
Facsimile: (202) 370-8344

ATTORNEYS FOR DEFENDANT
WI-LAN INC.

STIPULATED REQUEST FOR ORDER CHANGING TIME PURSUANT TO CIVIL L.R. 6-2
TO AMEND THE FIRST PATENT SCHEDULING ORDER;
NOTICE OF INTENT TO APPOINT A SPECIAL MASTER; AND [PROPOSED] ORDER – Page 4

Case No. 5:08-cv-4555

Dallas 294020v1

| | | |
|---|---|---|
| Dated: January 22, 2010 | By: | /s/ |

                                        John Desmarais (admitted *pro hac vice*)
                                        jdesmarais@kirkland.com
                                        Gregory S. Arovas (admitted *pro hac vice*)
                                        garovas@kirkland.com
                                        KIRKLAND & ELLIS LLP
                                        153 East 53rd Street
                                        New York, NY 10022-4611
                                        Telephone: (212) 446-4800
                                        Facsimile: (212) 446-4900

                                        Christian Chadd Taylor (S.B.N. 237872)
                                        ctaylor@kirkland.com
                                        Adam R. Alper (S.B.N. 196834)
                                        aalper@kirkland.com
                                        KIRKLAND & ELLIS LLP
                                        555 California Street
                                        San Francisco, CA 94104-1501
                                        Telephone (415) 439-1400
                                        Facsimile: (415) 439-1500

                                        ATTORNEYS FOR PLAINTIFF INTEL
                                        CORPORATION

PURSUANT TO STIPULATION, IT IS SO ORDERED,

DATED: January 25, 2010        By: /s/ James Ware
                                                      Honorable James Ware
                                                      United States District Court Judge

STIPULATED REQUEST FOR ORDER CHANGING TIME PURSUANT TO CIVIL L.R. 6-2
TO AMEND THE FIRST PATENT SCHEDULING ORDER;
NOTICE OF INTENT TO APPOINT A SPECIAL MASTER; AND [PROPOSED] ORDER – Page 5

Case No. 5:08-cv-4555

Dallas 294020v1

# DECLARATION IN SUPPORT OF JOINT STIPULATION TO AMEND THE FIRST PATENT SCHEDULING ORDER; NOTICE OF INTENT TO APPOINT A SPECIAL MASTER

Pursuant Civil Local Rule 6-2 (a), I hereby declare:

The parties request this enlargement of time pursuant to the instructions of Special Master Denver following his recent discussions with the Court to approve these new dates.

This is the first modification of these deadlines in this case.

Dated: January 22, 2010            By: _____/s/_____

    Robert A. Cote (admitted *pro hac vice*)
    rcote@mckoolsmith.com
    Gayle Rosenstein Klein
    (State Bar No. 237975)
    gklein@mckoolsmith.com
    MCKOOL SMITH P.C.
    399 Park Avenue, Suite 3200
    New York, NY 10022
    Telephone: (212) 402-9400
    Facsimile: (212) 402-9444

    Michael G. McManus
    (admitted *pro hac vice*)
    mmcmanus@mckoolsmith.com
    MCKOOL SMITH P.C.
    1700 K Street, N.W., Suite 740
    Washington, D.C. 20006
    Telephone (202) 370-8300
    Facsimile: (202) 370-8344

    ATTORNEYS FOR DEFENDANT
    WI-LAN INC.

STIPULATED REQUEST FOR ORDER CHANGING TIME PURSUANT TO CIVIL L.R. 6-2
TO AMEND THE FIRST PATENT SCHEDULING ORDER;
NOTICE OF INTENT TO APPOINT A SPECIAL MASTER; AND [PROPOSED] ORDER – Page 6

Case No. 5:08-cv-4555

Dallas 294020v1

# SIGNATURE ATTESTATION

Pursuant to General Order No. 45(X)(B), I hereby attest that I have obtained concurrence in the filing of this document from all the signatories for whom a signature is indicated by a "conformed" signature(/s/) within this e-filed document and I have on file records to support this concurrence for subsequent production to the Court if so ordered for inspection upon request.

Dated: January 22, 2010        By: _____/s/_____
Robert A. Cote (admitted *pro hac vice*)
rcote@mckoolsmith.com
Gayle Rosenstein Klein
(State Bar No. 237975)
gklein@mckoolsmith.com
MCKOOL SMITH P.C.
399 Park Avenue, Suite 3200
New York, NY 10022
Telephone: (212) 402-9400
Facsimile: (212) 402-9444

Michael G. McManus
(admitted *pro hac vice*)
mmcmanus@mckoolsmith.com
MCKOOL SMITH P.C.
1700 K Street, N.W., Suite 740
Washington, D.C. 20006
Telephone (202) 370-8300
Facsimile: (202) 370-8344

ATTORNEYS FOR DEFENDANT
WI-LAN INC.

STIPULATED REQUEST FOR ORDER CHANGING TIME PURSUANT TO CIVIL L.R. 6-2
TO AMEND THE FIRST PATENT SCHEDULING ORDER;
NOTICE OF INTENT TO APPOINT A SPECIAL MASTER; AND [PROPOSED] ORDER – Page 7

Case No. 5:08-cv-4555

Dallas 294020v1