John Desmarais (*pro hac vice*)
jdesmarais@kirkland.com
Gregory S. Arovas (*pro hac vice*)
garovas@kirkland.com
KIRKLAND & ELLIS LLP
153 East 53rd Street
New York, New York  10022-4611
Telephone:     (212) 446-4800
Facsimile:      (212) 446-4900

Christian Chadd Taylor (S.B.N. 237872)
ctaylor@kirkland.com
Adam R. Alper (S.B.N. 196834)
aalper@kirkland.com
KIRKLAND & ELLIS LLP
555 California Street
San Francisco, California  94104-1501
Telephone:     (415) 439-1400
Facsimile:      (415) 439-1500

Attorneys for Plaintiff INTEL CORPORATION

*IT IS SO ORDERED AS MODIFIED*
Judge James Ware
2/9/2010

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| INTEL CORPORATION,<br><br>         Plaintiff,<br><br>    v.<br><br>WI-LAN, INC.,<br><br>         Defendant. | Case No. 5:08-cv-4555 JW (HRL)<br><br>**STIPULATED REQUEST FOR ORDER SETTING PATENT L.R. DEADLINES AND [PROPOSED] ORDER**<br><br>Judge:         Hon. James Ware |

In accordance with the Special Master's instructions, Plaintiff Intel Corporation and Defendant Wi-LAN, Inc. respectfully submit a stipulated schedule for Patent L.R. 3 and 4 deadlines leading up to the May 27, 2010 tutorial and May 28, 2010 *Markman* hearing, and request an order setting these dates.  The attached schedule maintains the dates that the Court established for the tutorial (May 27, 2010) and the *Markman* hearing (May 28, 2010).  In accordance with the parties' agreement, the attached schedule modifies (*see* Dkt Nos. 226, 252) the parties' infringement and invalidity contention deadlines to accommodate the proposed schedule leading up to the tutorial and *Markman* hearing.

Accordingly, concurrently filed herewith is the parties' Joint Stipulation to Set Patent L.R. Deadlines and corresponding Declaration.

Dated: February 2, 2010

KIRKLAND & ELLIS LLP

By: /s/_____
John Desmarais (*pro hac vice*)
jdesmarais@kirkland.com
Gregory S. Arovas (*pro hac vice*)
garovas@kirkland.com
KIRKLAND & ELLIS LLP
153 East 53rd Street
New York, New York 10022-4611
Telephone: (212) 446-4800
Facsimile: (212) 446-4900

Christian Chadd Taylor (S.B.N. 237872)
ctaylor@kirkland.com
Adam R. Alper (S.B.N. 196834)
aalper@kirkland.com
KIRKLAND & ELLIS LLP
555 California Street
San Francisco, California 94104-1501
Telephone: (415) 439-1400
Facsimile: (415) 439-1500

ATTORNEYS FOR PLAINTIFF INTEL CORPORATION

| | | |
|---|---|---|
| 1 | Dated: February 2, 2010 | By: /s/ |
| 2 | | Robert A. Cote (admitted *pro hac vice*) |
| | | rcote@mckoolsmith.com |
| 3 | | Gayle Rosenstein Klein |
| | | (State Bar No. 237975) |
| 4 | | gklein@mckoolsmith.com |
| | | MCKOOL SMITH P.C. |
| 5 | | One Bryant Park, 47th Floor |
| | | New York, NY 10036 |
| 6 | | Telephone: (212) 402-9400 |
| 7 | | Facsimile: (212) 402-9444 |
| 8 | | Michael G. McManus |
| | | (admitted *pro hac vice*) |
| 9 | | mmcmanus@mckoolsmith.com |
| | | MCKOOL SMITH P.C. |
| 10 | | 1700 K Street, N.W., Suite 740 |
| | | Washington, D.C. 20006 |
| 11 | | Telephone (202) 370-8300 |
| 12 | | Facsimile: (202) 370-8344 |
| 13 | | |
| 14 | | ATTORNEYS FOR DEFENDANT |
| | | WI-LAN INC. |

# JOINT STIPULATION TO SET PATENT L.R. DEADLINES

In accordance with the Special Master's instructions and pursuant to Civil Local Rules 6-2 and 7-12, Plaintiff Intel Corporation and Defendant Wi-LAN Inc. hereby stipulate to the following schedule of Patent L.R. deadlines for the "Adaptive Allocation" patents (as defined in the First Patent Scheduling Order):

| Deadline | Event |
| --- | --- |
| March 16, 2010 | Wi-LAN identifies substantially all of the claims it will assert |
| March 22, 2010 | Comply with Patent L.R. 3-1 and 3-2 |
| April 9, 2010 | Comply with Patent L.R. 3-3 and 3-4(b) |
| April 14, 2010 | Comply with Patent L.R. 4-1 |
| April 19, 2010 | Comply with Patent L.R. 4-2 |
| April 21, 2010 | Comply with Patent L.R. 4-3 |
| April 26, 2010 | Comply with Patent L.R. 4-5(a) |
| April 27 – May 9, 2010 (including weekends) | Wi-LAN will make available to be deposed by Intel at the time of Intel's choice upon reasonable notice of not less than 36 hours any expert whose declaration is filed in support of Wi-LAN's 4-5(a) Opening Brief. |
| May 10, 2010 | Comply with Patent L.R. 4-5(b) |
| May 11 – May 16, 2010 (including weekends) | Intel will make available to be deposed by Wi-LAN at the time of Wi-LAN's choice upon reasonable notice of not less than 36 hours any expert whose declaration is filed in support of Intel's 4-5(b) Response Brief. |
| May 17, 2010 | Comply with Patent L.R. 4-5(c) |
| May 27, 2010 | Technology tutorial hearing at **9:00 AM -12:00 PM,** San Jose, California |
| May 28, 2010 | Claim construction hearing at **9:00 AM -12:00 PM,** San Jose, California |

| | |
|---|---|
| Dated: February 2, 2010 | By: /s/ <br> John Desmarais (admitted *pro hac vice*) <br> jdesmarais@kirkland.com <br> Gregory S. Arovas (admitted *pro hac vice*) <br> garovas@kirkland.com <br> KIRKLAND & ELLIS LLP <br> 153 East 53rd Street <br> New York, NY 10022-4611 <br> Telephone: (212) 446-4800 <br> Facsimile: (212) 446-4900 <br> <br> Christian Chadd Taylor (S.B.N. 237872) <br> ctaylor@kirkland.com <br> Adam R. Alper (S.B.N. 196834) <br> aalper@kirkland.com <br> KIRKLAND & ELLIS LLP <br> 555 California Street <br> San Francisco, CA 94104-1501 <br> Telephone (415) 439-1400 <br> Facsimile: (415) 439-1500 <br> <br> ATTORNEYS FOR PLAINTIFF INTEL CORPORATION |

| | | |
|---|---|---|
| 1 | Dated: February 2, 2010 | By: /s/ |
| 2 | | Robert A. Cote (admitted *pro hac vice*) |
| | | rcote@mckoolsmith.com |
| 3 | | Gayle Rosenstein Klein |
| | | (State Bar No. 237975) |
| 4 | | gklein@mckoolsmith.com |
| | | MCKOOL SMITH P.C. |
| 5 | | One Bryant Park, 47th Floor |
| | | New York, NY 10036 |
| 6 | | Telephone: (212) 402-9400 |
| 7 | | Facsimile: (212) 402-9444 |
| 8 | | Michael G. McManus |
| | | (admitted *pro hac vice*) |
| 9 | | mmcmanus@mckoolsmith.com |
| | | MCKOOL SMITH P.C. |
| 10 | | 1700 K Street, N.W., Suite 740 |
| | | Washington, D.C. 20006 |
| 11 | | Telephone (202) 370-8300 |
| 12 | | Facsimile: (202) 370-8344 |

ATTORNEYS FOR DEFENDANT
WI-LAN INC.

PURSUANT TO STIPULATION, IT IS SO ORDERED,

DATED: February _9_, 2010     By:_____
                               Honorable James Ware
                               United States District Court Judge

# DECLARATION IN SUPPORT OF JOINT STIPULATION TO SET PATENT L.R. DEADLINES

Pursuant to Civil Local Rule 6-2 (a), I hereby declare:

In accordance with the parties' agreement, the attached schedule provides deadlines for Patent L.R. 3 and 4 deadlines leading up to the tutorial (May 27, 2010) and the *Markman* hearing (May 28, 2010). None of the proposed deadlines leading up to the tutorial and *Markman* hearing have been previously set, except for the parties' proposed deadlines for infringement and invalidity contentions, which have been modified to accommodate the proposed schedule. This is the second modification to the infringement and invalidity contention deadlines in this case. This schedule maintains the dates that the Court established for the tutorial (May 27, 2010) and the *Markman* hearing (May 28, 2010).

Dated: February 2, 2010

By: /s/
John Desmarais (admitted *pro hac vice*)
jdesmarais@kirkland.com
Gregory S. Arovas (admitted *pro hac vice*)
garovas@kirkland.com
KIRKLAND & ELLIS LLP
153 East 53rd Street
New York, NY 10022-4611
Telephone: (212) 446-4800
Facsimile: (212) 446-4900

Christian Chadd Taylor (S.B.N. 237872)
ctaylor@kirkland.com
Adam R. Alper (S.B.N. 196834)
aalper@kirkland.com
KIRKLAND & ELLIS LLP
555 California Street
San Francisco, CA 94104-1501
Telephone (415) 439-1400
Facsimile: (415) 439-1500

ATTORNEYS FOR PLAINTIFF INTEL CORPORATION

## SIGNATURE ATTESTATION

Pursuant to General Order No. 45(X)(B), I hereby attest that I have obtained concurrence in the filing of this document from all the signatories for whom a signature is indicated by a "conformed" signature (/s/) within this e-filed document and I have on file records to support this concurrence for subsequent production to the Court if so ordered for inspection upon request.

Dated: February 2, 2010

By: /s/
John Desmarais (admitted *pro hac vice*)
jdesmarais@kirkland.com
Gregory S. Arovas (admitted *pro hac vice*)
garovas@kirkland.com
KIRKLAND & ELLIS LLP
153 East 53rd Street
New York, NY 10022-4611
Telephone: (212) 446-4800
Facsimile: (212) 446-4900

Christian Chadd Taylor (S.B.N. 237872)
ctaylor@kirkland.com
Adam R. Alper (S.B.N. 196834)
aalper@kirkland.com
KIRKLAND & ELLIS LLP
555 California Street
San Francisco, CA 94104-1501
Telephone (415) 439-1400
Facsimile: (415) 439-1500

ATTORNEYS FOR PLAINTIFF INTEL CORPORATION