Robert A. Cote (admitted *pro hac vice*)
rcote@mckoolsmith.com
Gayle Rosenstein Klein (State Bar No. 237975)
gklein@mckoolsmith.com
MCKOOL SMITH P.C.
One Bryant Park, 47th Floor
New York, NY 10036
Telephone: (212) 402-9400
Facsimile: (212) 402-9444

Michael G. McManus (admitted *pro hac vice*)
mmcmanus@mckoolsmith.com
MCKOOL SMITH P.C.
1700 K Street, N.W., Suite 740
Washington, D.C. 20006
Telephone: (202) 370-8300
Facsimile: (202) 370-8344

ATTORNEYS FOR DEFENDANT WI-LAN INC.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| INTEL CORPORATION,<br><br>  Plaintiff,<br><br>v.<br><br>WI-LAN INC.,<br><br>  Defendant. | Case No.  5:08-cv-4555 JW (HRL)<br><br>**DEFENDANT WI-LAN'S MISCELLANEOUS ADMINISTRATIVE REQUEST PURSUANT TO CIVIL L.R. 7-11 AND 79-5(d) TO FILE UNDER SEAL WI-LAN'S PARTIAL MOTION TO DISMISS DECLARATORY JUDGMENT CLAIMS AND EXHIBITS IN SUPPORT THEREOF**<br><br>Date:  June 14, 2010<br>Time:  9:00 a.m.<br>Courtroom:  8, 4th Floor<br>Judge:  Hon. James Ware |

Pursuant to Civil Local Rules 7-11 and 79-5(d), Defendant Wi-LAN Inc. hereby requests an order to file under seal Wi-LAN's Partial Motion to Dismiss Declaratory Judgment Claims and Exhibits in Support Thereof.

Dated: March 16, 2010

By: /s/ Robert A. Cote
Robert A. Cote (admitted *pro hac vice*)
rcote@mckoolsmith.com
Gayle Rosenstein Klein
(State Bar No. 237975)
gklein@mckoolsmith.com
MCKOOL SMITH P.C.
One Bryant Park, 47th Floor
New York, NY 10022
Telephone: (212) 402-9400
Facsimile: (212) 402-9444

Michael G. McManus
(admitted *pro hac vice*)
mmcmanus@mckoolsmith.com
MCKOOL SMITH P.C.
1700 K Street, N.W., Suite 740
Washington, D.C. 20006
Telephone (202) 370-8300
Facsimile: (202) 370-8344

ATTORNEYS FOR DEFENDANT
WI-LAN INC.

**CERTIFICATE OF SERVICE**

The undersigned certifies that on this 16th day of March 2010, all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document through the Court's CM/ECF system.  Any other counsel of record will be served by facsimile transmission and/or first class mail.

By: /s/ Michael G. McManus
Michael G. McManus