Robert A. Cote (admitted *pro hac vice*)
rcote@mckoolsmith.com
Gayle Rosenstein Klein (State Bar No. 237975)
gklein@mckoolsmith.com
MCKOOL SMITH P.C.
One Bryant Park, 47th Floor
New York, NY 10036
Telephone: (212) 402-9400
Facsimile:  (212) 402-9444

Michael G. McManus (admitted *pro hac vice*)
mmcmanus@mckoolsmith.com
MCKOOL SMITH P.C.
1700 K Street, N.W., Suite 740
Washington, D.C. 20006
Telephone: (202) 370-8300
Facsimile:  (202) 370-8344

ATTORNEYS FOR DEFENDANT WI-LAN INC.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| INTEL CORPORATION,<br><br>    Plaintiff,<br><br>v.<br><br>WI-LAN INC.,<br><br>    Defendant. | Case No.  5:08-cv-4555 JW (HRL)<br><br>**DECLARATION OF MICHAEL G. MCMANUS IN SUPPORT OF DEFENDANT WI-LAN'S MISCELLANEOUS ADMINISTRATIVE REQUEST PURSUANT TO CIVIL L.R. 7-11 AND 79-5(d) TO FILE UNDER SEAL WI-LAN'S PARTIAL MOTION TO DISMISS DECLARATORY JUDGMENT CLAIMS AND EXHIBITS IN SUPPORT THEREOF**<br><br>Date:  June 14, 2010<br>Time:  9:00 a.m.<br>Courtroom:  8, 4th Floor<br>Judge:  Hon. James Ware |

I, Michael G. McManus, hereby declare as follows:

1. I am a partner at the law firm McKool Smith, P.C., 1700 K Street NW, Suite 740, Washington, DC 20006, and a member in good standing of the Bar of the District of Columbia and of the State of Georgia. I am admitted *pro hac vice* to practice in the United States District Court for the Northern District of California. McKool Smith, P.C. has been retained as trial counsel for Defendant Wi-LAN, Inc. ("Wi-LAN") in the present action. I am making this declaration in support of Wi-LAN's Miscellaneous Administrative Request Pursuant to Civil L.R. 7-11 and 79-5(d) to File Under Seal Wi-LAN's Partial Motion to Dismiss Declaratory Judgment Claims and Exhibits in Support Thereof.

2. The contents of the motion and exhibits contain or discuss information designated as "Attorneys' Eyes Only" under the terms of the Interim Stipulated Protective Order.

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct and that this declaration was executed on March 16, 2010.

By:  /s/ Michael G. McManus
Michael G. McManus

DECLARATION OF MICHAEL G. MCMANUS IN SUPPORT
OF ADMINISTRATIVE REQUEST TO FILE UNDER SEAL        2        Case No. 5:08-cv-4555 JW (HRL)
Dallas 287779v2