Robert A. Cote (admitted *pro hac vice*)
rcote@mckoolsmith.com
Gayle Rosenstein Klein (State Bar No. 237975)
gklein@mckoolsmith.com
MCKOOL SMITH P.C.
One Bryant Park, 47th Floor
New York, NY 10036
Telephone: (212) 402-9400
Facsimile:  (212) 402-9444

Michael G. McManus (admitted *pro hac vice*)
mmcmanus@mckoolsmith.com
MCKOOL SMITH P.C.
1700 K Street, N.W., Suite 740
Washington, D.C. 20006
Telephone: (202) 370-8300
Facsimile: (202) 370-8344

ATTORNEYS FOR DEFENDANT WI-LAN INC.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| INTEL CORPORATION,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>WI-LAN INC.,<br><br>　　　　　　　Defendant. | Case No.  5:08-cv-4555 JW (HRL)<br><br>**NOTICE OF MANUAL FILING OF WI-LAN'S PARTIAL MOTION TO DISMISS DECLARATORY JUDGMENT CLAIMS AND EXHIBITS IN SUPPORT THEREOF**<br><br>Date:  June 14, 2010<br>Time:  9:00 a.m.<br>Courtroom:  8, 4th Floor<br>Judge:  Hon. James Ware |

## MANUAL FILING NOTIFICATION

Regarding: Wi-LAN's Partial Motion to Dismiss Declaratory Judgment Claims and exhibits in support thereof.

This filing is in paper or physical form only, and is being maintained in the case file in the Clerk's office.

If you are a participant in this case, this filing will be served in hard-copy shortly.

For information on retrieving this filing directly from the court, please see the court's main website at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

This filing was not efiled for the following reasons:

_____ Voluminous document (PDF file size larger than efiling system allowances)

_____ Unable to Scan Documents

_____ Physical Object (description):_____

_____ Non-Graphical/Textual Computer File (audio, video, etc.) on CD or other media

__X__ Item Under Seal

_____ Conformance with the Judicial Conference Privacy Policy (General Order 53).

_____ Other (description):_____

Dated: March 16, 2010

By: __/s/ Michael G. McManus__
Michael G. McManus