John Desmarais (*pro hac vice*)
jdesmarais@kirkland.com
Gregory S. Arovas (*pro hac vice*)
garovas@kirkland.com
KIRKLAND & ELLIS LLP
153 East 53rd Street
New York, New York  10022-4611
Telephone:     (212) 446-4800
Facsimile:      (212) 446-4900

Christian Chadd Taylor (S.B.N. 237872)
ctaylor@kirkland.com
Adam R. Alper (S.B.N. 196834)
aalper@kirkland.com
KIRKLAND & ELLIS LLP
555 California Street
San Francisco, California  94104-1501
Telephone:     (415) 439-1400
Facsimile:      (415) 439-1500

Attorneys for Plaintiff INTEL CORPORATION

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| INTEL CORPORATION,<br><br>            Plaintiff,<br><br>     v.<br><br>WI-LAN, INC.,<br><br>            Defendant. | Case No. 5:08-cv-4555 JW (HRL)<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER SETTING SECOND PATENT L.R. DEADLINES**<br><br>Judge:        Hon. James Ware |

In accordance with the Special Master's instructions, Plaintiff Intel Corporation and Defendant Wi-LAN, Inc. respectfully submit a stipulated schedule for Patent L.R. 3 and 4 deadlines for U.S. Patent Nos. 6,459,687; 6,577,863; 6,683,866; 6,728,514; 6,944,188; 6,963,617; and 7,177,598, and request an order setting these dates.  The Court has not previously set Patent L.R. deadlines for these patents-in-suit.  The attached schedule accepts the dates that the Court offered for the tutorial (November 18, 2010) and the *Markman* hearing (November 19, 2010) and sets the

1  deadlines leading up to the tutorial and *Markman* hearing.[1]

2  Accordingly, pursuant to Civil L.R. 7-12, filed herewith is the parties' Joint Stipulation

3  Setting Second Patent L.R. Deadlines.

4

5  Dated: April 30, 2010                          KIRKLAND & ELLIS LLP

6

7

8                                                 By: ____/s/_____
                                                  John Desmarais (*pro hac vice*)
9                                                 jdesmarais@kirkland.com
                                                  Gregory S. Arovas (*pro hac vice*)
10                                                garovas@kirkland.com
                                                  KIRKLAND & ELLIS LLP
11                                                153 East 53rd Street
                                                  New York, New York  10022-4611
12                                                Telephone:     (212) 446-4800
                                                  Facsimile:     (212) 446-4900
13
                                                  Christian Chadd Taylor (S.B.N. 237872)
14                                                ctaylor@kirkland.com
                                                  Adam R. Alper (S.B.N. 196834)
15                                                aalper@kirkland.com
                                                  KIRKLAND & ELLIS LLP
16                                                555 California Street
                                                  San Francisco, California  94104-1501
17                                                Telephone:     (415) 439-1400
                                                  Facsimile:     (415) 439-1500
18

19                                                ATTORNEYS FOR PLAINTIFF INTEL
                                                  CORPORATION
20

21

22

23

24

25

---

[1] The parties also agree that the May 27 technology tutorial and May 28 claim construction hearing set by the Stipulated Request for Order Setting Patent L.R. Deadlines and Order (Dkt. 254) are no longer necessary and may be vacated by the Court.

28

| | | |
|---|---|---|
| 1 | Dated: April 30, 2010 | By:____/s/_____ |
| 2 | | Robert A. Cote (admitted *pro hac vice*) |
| | | rcote@mckoolsmith.com |
| 3 | | Gayle Rosenstein Klein |
| | | (State Bar No. 237975) |
| 4 | | gklein@mckoolsmith.com |
| | | MCKOOL SMITH P.C. |
| 5 | | One Bryant Park, 47th Floor |
| | | New York, NY 10036 |
| 6 | | Telephone: (212) 402-9400 |
| 7 | | Facsimile:  (212) 402-9444 |
| 8 | | Michael G. McManus |
| | | (admitted *pro hac vice*) |
| 9 | | mmcmanus@mckoolsmith.com |
| | | MCKOOL SMITH P.C. |
| 10 | | 1700 K Street, N.W., Suite 740 |
| | | Washington, D.C. 20006 |
| 11 | | Telephone (202) 370-8300 |
| 12 | | Facsimile: (202) 370-8344 |
| 13 | | |
| 14 | | ATTORNEYS FOR DEFENDANT |
| | | WI-LAN INC. |

# JOINT STIPULATION SETTING SECOND PATENT L.R. DEADLINES

In accordance with the Special Master's instructions and pursuant to Civil Local Rule 7-12, Plaintiff Intel Corporation and Defendant Wi-LAN Inc. hereby stipulate to the following schedule of Patent L.R. deadlines for U.S. Patent Nos. 6,459,687; 6,577,863; 6,683,866; 6,728,514; 6,944,188; 6,963,617; and 7,177,598:

| Deadline | Event |
| --- | --- |
| Tuesday, July 20, 2010 | Wi-LAN identifies substantially all of the claims it will assert |
| Friday, August 13, 2010 | Comply with Patent L.R. 3-1 and 3-2 |
| Friday, September 3, 2010 | Comply with Patent L.R. 3-3 and 3-4(b) |
| Friday, September 17, 2010 | Comply with Patent L.R. 4-1 |
| Friday, October 1, 2010 | Comply with Patent L.R. 4-2 |
| Friday, October 8, 2010 | Comply with Patent L.R. 4-3 |
| Friday, October 15, 2010 | Comply with Patent L.R. 4-5(a) |
| October 16 – October 28, 2010 (including weekends) | Wi-LAN will make available to be deposed by Intel at the time of Intel's choice upon reasonable notice of not less than 36 hours any expert whose declaration is filed in support of Wi-LAN's 4-5(a) Opening Brief. |
| Friday, October 29, 2010 | Comply with Patent L.R. 4-5(b) |
| October 30 – November 4, 2010 (including weekends) | Intel will make available to be deposed by Wi-LAN at the time of Wi-LAN's choice upon reasonable notice of not less than 36 hours any expert whose declaration is filed in support of Intel's 4-5(b) Response Brief. |
| Friday, November 5, 2010 | Comply with Patent L.R. 4-5(c) |
| Thursday, November 18, 2010 | Technology tutorial hearing at **9:00 AM in** San Jose, California |
| Friday, November 19, 2010 | Claim construction hearing at **9:00 AM in** San Jose, California |

| | |
|---|---|
| Dated: April 30, 2010 | By: _____/s/_____ <br> John Desmarais (admitted *pro hac vice*) <br> jdesmarais@kirkland.com <br> Gregory S. Arovas (admitted *pro hac vice*) <br> garovas@kirkland.com <br> KIRKLAND & ELLIS LLP <br> 153 East 53rd Street <br> New York, NY 10022-4611 <br> Telephone: (212) 446-4800 <br> Facsimile:  (212) 446-4900 <br><br> Christian Chadd Taylor (S.B.N. 237872) <br> ctaylor@kirkland.com <br> Adam R. Alper (S.B.N. 196834) <br> aalper@kirkland.com <br> KIRKLAND & ELLIS LLP <br> 555 California Street <br> San Francisco, CA 94104-1501 <br> Telephone (415) 439-1400 <br> Facsimile: (415) 439-1500 <br><br> ATTORNEYS FOR PLAINTIFF INTEL CORPORATION |

1  Dated: April 30, 2010                          By:___/s/_____
2                                                 Robert A. Cote (admitted *pro hac vice*)
                                                  rcote@mckoolsmith.com
3                                                 Gayle Rosenstein Klein
                                                  (State Bar No. 237975)
4                                                 gklein@mckoolsmith.com
                                                  MCKOOL SMITH P.C.
5                                                 One Bryant Park, 47th Floor
                                                  New York, NY 10036
6                                                 Telephone: (212) 402-9400
                                                  Facsimile:  (212) 402-9444
7
8                                                 Michael G. McManus
                                                  (admitted *pro hac vice*)
9                                                 mmcmanus@mckoolsmith.com
                                                  MCKOOL SMITH P.C.
10                                                1700 K Street, N.W., Suite 740
                                                  Washington, D.C. 20006
11                                                Telephone (202) 370-8300
                                                  Facsimile: (202) 370-8344
12
13
                                                  ATTORNEYS FOR DEFENDANT
14                                                WI-LAN INC.
15
16
17
18  PURSUANT TO STIPULATION, IT IS SO ORDERED,
19
20  DATED: May 4, 2010                            By:_____[signature: James Ware]_____
21                                                Honorable James Ware
                                                  United States District Court Judge
22
23
24
25
26
27
28

**SIGNATURE ATTESTATION**

Pursuant to General Order No. 45(X)(B), I hereby attest that I have obtained concurrence in the filing of this document from all the signatories for whom a signature is indicated by a "conformed" signature (/s/) within this e-filed document and I have on file records to support this concurrence for subsequent production to the Court if so ordered for inspection upon request.

Dated:   April 30, 2010                              By:   /s/
                                                     John Desmarais (admitted *pro hac vice*)
                                                     jdesmarais@kirkland.com
                                                     Gregory S. Arovas (admitted *pro hac vice*)
                                                     garovas@kirkland.com
                                                     KIRKLAND & ELLIS LLP
                                                     153 East 53rd Street
                                                     New York, NY 10022-4611
                                                     Telephone: (212) 446-4800
                                                     Facsimile:  (212) 446-4900

                                                     Christian Chadd Taylor (S.B.N. 237872)
                                                     ctaylor@kirkland.com
                                                     Adam R. Alper (S.B.N. 196834)
                                                     aalper@kirkland.com
                                                     KIRKLAND & ELLIS LLP
                                                     555 California Street
                                                     San Francisco, CA 94104-1501
                                                     Telephone (415) 439-1400
                                                     Facsimile: (415) 439-1500

                                                     ATTORNEYS FOR PLAINTIFF INTEL
                                                     CORPORATION