Gregory S. Arovas (*pro hac vice*)
garovas@kirkland.com
KIRKLAND & ELLIS LLP
153 East 53rd Street
New York, New York  10022-4611
Telephone:     (212) 446-4800
Facsimile:     (212) 446-4900

Christian Chadd Taylor (S.B.N. 237872)
ctaylor@kirkland.com
Adam R. Alper (S.B.N. 196834)
aalper@kirkland.com
KIRKLAND & ELLIS LLP
555 California Street
San Francisco, California  94104-1501
Telephone:     (415) 439-1400
Facsimile:     (415) 439-1500

Attorneys for Plaintiff INTEL CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| INTEL CORPORATION,<br><br>           Plaintiff,<br><br>      v.<br><br>WI-LAN, INC.,<br><br>           Defendant. | Case No. 5:08-cv-4555 JW (HRL)<br><br>**STIPULATED REQUEST FOR ORDER EXTENDING PATENT L.R. 4-1 DEADLINE AND [PROPOSED] ORDER**<br><br>Judge:       Hon. James Ware |

   Pursuant to Civil Local Rules 6-2 and 7-12, Plaintiff Intel Corporation and Defendant Wi-LAN Inc. hereby stipulate to extend the Patent L.R. 4-1 deadline by one business day to Monday, September 20, 2010, and respectfully request an order pursuant to this stipulation.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Dated:   September 16, 2010            By:  /s/
                                       Gregory S. Arovas (admitted *pro hac vice*)
                                       garovas@kirkland.com
                                       KIRKLAND & ELLIS LLP
                                       153 East 53rd Street
                                       New York, NY 10022-4611
                                       Telephone: (212) 446-4800
                                       Facsimile:  (212) 446-4900

                                       Christian Chadd Taylor (S.B.N. 237872)
                                       ctaylor@kirkland.com
                                       Adam R. Alper (S.B.N. 196834)
                                       aalper@kirkland.com
                                       KIRKLAND & ELLIS LLP
                                       555 California Street
                                       San Francisco, CA 94104-1501
                                       Telephone (415) 439-1400
                                       Facsimile: (415) 439-1500

                                       ATTORNEYS FOR PLAINTIFF INTEL
                                       CORPORATION

Dated:  September 16, 2010             By:  /s/
                                       Robert A. Cote (admitted *pro hac vice*)
                                       rcote@mckoolsmith.com
                                       Gayle Rosenstein Klein (S.B.N. 237975)
                                       gklein@mckoolsmith.com
                                       MCKOOL SMITH P.C.
                                       One Bryant Park, 47th Floor
                                       New York, NY 10036
                                       Telephone: (212) 402-9400
                                       Facsimile:  (212) 402-9444

                                       Michael G. McManus (admitted *pro hac vice*)
                                       mmcmanus@mckoolsmith.com
                                       MCKOOL SMITH P.C.
                                       1700 K Street, N.W., Suite 740
                                       Washington, D.C. 20006
                                       Telephone (202) 370-8300
                                       Facsimile: (202) 370-8344

                                       ATTORNEYS FOR DEFENDANT
                                       WI-LAN INC.

1  PURSUANT TO STIPULATION, IT IS SO ORDERED,

2

3  DATED: September  20, 2010          By:_____
4                                          Honorable James Ware
                                            United States District Court Judge
5

**SIGNATURE ATTESTATION**

Pursuant to General Order No. 45(X)(B), I hereby attest that I have obtained concurrence in the filing of this document from all the signatories for whom a signature is indicated by a "conformed" signature (/s/) within this e-filed document and I have on file records to support this concurrence for subsequent production to the Court if so ordered for inspection upon request.

Dated:  September 16, 2010                     By: _/s/_____
                                               John R. Edwards (S.B.N. 244310)

                                               ATTORNEY FOR PLAINTIFF INTEL
                                               CORPORATION

## CERTIFICATE OF SERVICE

The undersigned certifies that on this 16th day of September, 2010, all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document through the Court's CM/ECF system.

By:    /s/ *Adam R. Alper*
        Adam R. Alper