1  Gregory S. Arovas (*pro hac vice*)
   garovas@kirkland.com
2  KIRKLAND & ELLIS LLP
   153 East 53rd Street
3  New York, New York  10022-4611
   Telephone:     (212) 446-4800
4  Facsimile:     (212) 446-4900

5  Christian Chadd Taylor (S.B.N. 237872)
   ctaylor@kirkland.com
6  Adam R. Alper (S.B.N. 196834)
   aalper@kirkland.com
7  KIRKLAND & ELLIS LLP
   555 California Street
8  San Francisco, California  94104-1501
   Telephone:     (415) 439-1400
9  Facsimile:     (415) 439-1500

10 Attorneys for Plaintiff INTEL CORPORATION

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| INTEL CORPORATION,<br><br>              Plaintiff,<br><br>       v.<br><br>WI-LAN, INC.,<br><br>              Defendant. | Case No. 5:08-cv-4555 JW (HRL)<br><br>**STIPULATED REQUEST FOR ORDER EXTENDING PATENT L.R. 4-2 DEADLINE AND [PROPOSED] ORDER**<br><br>Judge:       Hon. James Ware |

       Pursuant to Civil Local Rules 6-2 and 7-12, Plaintiff Intel Corporation and Defendant Wi-LAN, Inc. hereby stipulate to extend the Patent L.R. 4-2 deadline by three business days to Wednesday, October 6, 2010, and respectfully request an order pursuant to this stipulation.

STIPULATED REQUEST FOR ORDER                                                    Case No. 5:08-cv-4555 JW (HRL)
EXTENDING PATENT L.R. 4-2 DEADLINE

| | |
|---|---|
| Dated: September 30, 2010 | By: /s/<br>Gregory S. Arovas (admitted *pro hac vice*)<br>garovas@kirkland.com<br>KIRKLAND & ELLIS LLP<br>153 East 53rd Street<br>New York, NY 10022-4611<br>Telephone: (212) 446-4800<br>Facsimile: (212) 446-4900<br><br>Christian Chadd Taylor (S.B.N. 237872)<br>ctaylor@kirkland.com<br>Adam R. Alper (S.B.N. 196834)<br>aalper@kirkland.com<br>KIRKLAND & ELLIS LLP<br>555 California Street<br>San Francisco, CA 94104-1501<br>Telephone (415) 439-1400<br>Facsimile: (415) 439-1500<br><br>ATTORNEYS FOR PLAINTIFF INTEL CORPORATION |
| Dated: September 30, 2010 | By: /s/<br>Robert A. Cote (admitted *pro hac vice*)<br>rcote@mckoolsmith.com<br>Gayle Rosenstein Klein (S.B.N. 237975)<br>gklein@mckoolsmith.com<br>MCKOOL SMITH P.C.<br>One Bryant Park, 47th Floor<br>New York, NY 10036<br>Telephone: (212) 402-9400<br>Facsimile: (212) 402-9444<br><br>Michael G. McManus (admitted *pro hac vice*)<br>mmcmanus@mckoolsmith.com<br>MCKOOL SMITH P.C.<br>1700 K Street, N.W., Suite 740<br>Washington, D.C. 20006<br>Telephone (202) 370-8300<br>Facsimile: (202) 370-8344<br><br>ATTORNEYS FOR DEFENDANT<br>WI-LAN, INC. |

STIPULATED REQUEST FOR ORDER EXTENDING PATENT L.R. 4-2 DEADLINE          Case No. 5:08-cv-4555 JW (HRL)

1  PURSUANT TO STIPULATION, IT IS SO ORDERED,

2

3  DATED: October __1__, 2010        By:_____/s/ James Ware_____

4                                         Honorable James Ware
                                          United States District Court Judge
5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATED REQUEST FOR ORDER            -3-            Case No. 5:08-cv-4555 JW (HRL)
EXTENDING PATENT L.R. 4-2 DEADLINE

**SIGNATURE ATTESTATION**

Pursuant to General Order No. 45(X)(B), I hereby attest that I have obtained concurrence in the filing of this document from all the signatories for whom a signature is indicated by a "conformed" signature (/s/) within this e-filed document and I have on file records to support this concurrence for subsequent production to the Court if so ordered for inspection upon request.

Dated:   September 30, 2010                By:   /s/
                                                 John R. Edwards (S.B.N. 244310)

                                           ATTORNEY FOR PLAINTIFF INTEL
                                           CORPORATION

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**CERTIFICATE OF SERVICE**

The undersigned certifies that on this 30th day of September, 2010, all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document through the Court's CM/ECF system.

By:  /s/ *Adam R. Alper*
       Adam R. Alper