IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Intel Corp., | NO. C 08-04555 JW |
| Plaintiff, | **ORDER REQUESTING SUPPLEMENTAL BRIEFING** |
| v. | |
| Wi-Lan, Inc., et al., | |
| Defendants. | |

Presently before the Court are Plaintiff's Motion for Summary Judgment of Noninfringement[1] and Defendants' Partial Motion to Dismiss Declaratory Judgment Claims.[2]

Upon review of the briefing thus far, the Court finds the parties' submissions insufficient. Accordingly, on or before **October 13, 2010,** the parties shall file Supplemental Briefs addressing the following:

(1) Plaintiff shall file evidence and supporting declaration(s) of the state of development, manufacture or sale of their Kilmer Peak and Evans Peak WiMax chipsets as of the date of Defendants' Covenant Not to Sue.

---

[1] (See Docket Item No. 265.)

[2] (See Docket Item No. 258.)

(2) Defendants shall file evidence and supporting declarations(s) providing specific facts as to Plaintiff's alleged infringement of the Patents at issue in Plaintiff's Motion to overcome summary judgment.[3]

Dated: October 8, 2010

JAMES WARE
United States District Judge

---

[3] In a declaratory action for non-infringement, the burden of proof at trial rests with a defendant. See Philip A. Hunt Co. v. Mallinckrodt Chemical Works, 72 F. Supp. 865, 875 (E.D.N.Y. 1947).

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Adam R. Alper aalper@kirkland.com
Amy Rebecca Schofield aschofield@kirkland.com
Christian Chadd Taylor christian.taylor@kirkland.com
Gayle Rosenstein Klein gklein@mckoolsmith.com
Gianni Cutri gcutri@kirkland.com
Gregory S. Arovas garovas@kirkland.com
Laura Ann Handley lhandley@mckoolsmith.com
Michael G. McManus mmcmanus@mckoolsmith.com
Robert A. Cote rcote@mckoolsmith.com
Thomas H R Denver tdenver@mediationmasters.com

**Dated: October 8, 2010**                               **Richard W. Wieking, Clerk**


                                                         **By:    /s/ JW Chambers            **
                                                                 **Elizabeth Garcia**
                                                                 **Courtroom Deputy**