Robert A. Cote (admitted *pro hac vice*)
rcote@mckoolsmith.com
MCKOOL SMITH P.C.
One Bryant Park, 47th Floor
New York, NY 10036
Telephone: (212) 402-9400
Facsimile:  (212) 402-9444

Laura A. Handley (CA SBN 171478)
MCKOOL SMITH P.C.
300 W. 6th Street, Suite 1700
Austin, TX 78701
Telephone: (512) 692-8700
Facsimile: (512) 692-8744

Attorneys for Wi-LAN Inc.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| INTEL CORPORATION,<br><br>            Plaintiff,<br><br>     v.<br><br>WI-LAN, INC.,<br><br>            Defendant. | Case No. 5:08-cv-4555 JW (HRL)<br><br>**WI-LAN'S SUPPLEMENTAL BRIEF PURSUANT TO THE COURT'S ORDER (DKT NO. 289)**<br><br>Date: October 25, 2010<br>Time: 9:00 a.m.<br>Courtroom: 8, 4th Floor<br>Judge: Hon. James Ware |

Pursuant to the Court's Order Requesting Supplemental Briefing (Dkt No. 289), Wi-LAN files this supplemental briefing regarding the products and patents below.

The Products-at-Issue in this case are the following: Glenfield, Guptil, Pro Wireless 5116 (Rosedale I), WiMAX Connection 2250 (Rosedale II), WiMAX Connection 2300R (Ofer-R), 2310 (Ofer-R Module), and 2400 (Baxter Peak), Intel WiMAX/WiFi Link 5150 and 5350 (Echo Peak), and Intel WiMAX 6250 (Kilmer Peak and Evans Peak).  Wi-LAN proffers no evidence that Intel has committed, with the Products-at-Issue, acts infringing the claims of U.S. Patent Nos. 6,693,887; 6,925,068; 6,956,834; 7,006,530; 7,023,798; 7,289,467; 7,317,704; 6,804,211; 7,197,022; and

1  7,379,411 under 35 U.S.C. § 271.  Wi-LAN proposes that the Court can rule based on the parties'
2  present submissions and that no hearing is necessary regarding Wi-LAN's Partial Motion to Dismiss
3  Declaratory Judgment Claims (Dkt. No. 262-01) and Intel's Motion for Summary Judgment of
4  Noninfirngement (Dkt. No. 265-01).

7  Dated:  October 14, 2010                            MCKOOL SMITH P.C.

                                                      By:     /s/ Robert A. Cote
                                                      Robert A. Cote (admitted *pro hac vice*)

                                                      ATTORNEYS FOR DEFENDANT
                                                      WI-LAN INC.

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that counsel of record who are deemed to have consented to electronic service are being served with a copy of Wi-LAN's Supplemental Brief Pursuant to the Court's Order (Dkt No. 289) via email on October 14, 2010.

                                                      /s/ Robert A. Cote
                                                      Robert A. Cote