COUNSEL LISTED ON SIGNATURE PAGE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| INTEL CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>WI-LAN, INC.,<br><br>Defendant. | Case No. 5:08-cv-4555 JW (HRL)<br><br>**JOINT STATEMENT PURSUANT TO ORDER DENYING DEFENDANTS' PARTIAL MOTION TO DISMISS; GRANTING PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT** |

Pursuant to the Court's Order Denying Defendants' Partial Motion to Dismiss; Granting Plaintiff's Motion for Partial Summary Judgment (Dkt. No. 303) (the "Court's Order"), Plaintiff Intel Corporation ("Intel") and Defendant Wi-LAN, Inc. ("Wi-LAN") hereby submit the following Joint Statement.

The Parties agree that the Court's Order, which concerns the first set[1] of patents-in-suit, does not eliminate the need for the November 19, 2010 *Markman* hearing concerning certain patents from the final set of patents-in-suit.

The November 19, 2010 *Markman* hearing was set pursuant to the Order Setting Second Patent L.R. Deadlines (Dkt. No. 264) (the "Second Patent Scheduling Order") to address the final set of patents-in-suit, which are U.S. Patent Nos. 6,459,687; 6,577,863; 6,683,866; 6,728,514; 6,944,188; 6,963,617; and 7,177,598. Pursuant to the Second Patent Scheduling Order, Wi-LAN served it Patent L.R. 3-1 infringement contentions for U.S. Patent Nos. 6,459,687 and 6,683,866 (the "Asserted Patents") on August 14, 2010. Wi-LAN has not withdrawn its infringement contentions

---

[1] U.S. Patent Nos. 6,693,887; 6,925,068; 6,956,834; 7,006,530; 7,023,798; 7,289,467; and 7,317,704 ("the Adaptive Allocation Patents") and U.S. Patent. Nos. 6,804,211, 7,197,022, and 7,379,411.

for the Asserted Patents.[2] The Court's Order therefore does not eliminate the need for the November 19, 2010 *Markman* hearing concerning the Asserted Patents.

Wi-LAN also seeks clarification on the format and timing of the November 19, 2010 *Markman* hearing concerning the Asserted Patents and the November 18, 2010 technology tutorial hearing. Wi-LAN suggests that, if the Court is agreeable, each side shall submit demonstrative audio visual materials to the Court for review no later than Monday, November 15, 2010, and that the November 18, 2010 technology tutorial is unnecessary in view of such submissions because the Court will have had an opportunity to review the submissions and prepare questions for discussion at the *Markaman* hearing. Wi-LAN believes that this approach will be more efficient for the parties and the Court.

Intel opposes Wi-LAN's request to vacate the November 18, 2010 technology tutorial. WiLAN's proposal for video tutorials inappropriately presupposes the subject matter areas upon which the Court may have questions. Intel believes a live technology tutorial will be far more useful insofar as the Court will have the opportunity to pose questions of interest to the parties and/or technical experts.

Dated: October 28, 2010

Respectfully submitted,

_____/s/ Adam R. Alper_____
Gregory S. Arovas (*pro hac vice*)
garovas@kirkland.com
KIRKLAND & ELLIS LLP
153 East 53rd Street
New York, New York 10022-4611
Telephone: (212) 446-4800
Facsimile: (212) 446-4900

Christian Chadd Taylor (S.B.N. 237872)
ctaylor@kirkland.com
Adam R. Alper (S.B.N. 196834)
aalper@kirkland.com
KIRKLAND & ELLIS LLP

---

[2] Wi-LAN has not asserted U.S. Patent Nos. 6,577,863; 6,728,514; 6,944,188; 6,963,617; and 7,177,598 (the "Non-Asserted Patents").

555 California Street
San Francisco, California  94104-1501
Telephone:      (415) 439-1400
Facsimile:       (415) 439-1500

**ATTORNEYS FOR PLAINTIFF
INTEL CORPORATION**


  _____*/s/ Robert A. Cote*_____
Robert A. Cote (admitted pro hac vice)
rcote@mckoolsmith.com
MCKOOL SMITH P.C.
One Bryant Park, 47th Floor
New York, NY 10036
Telephone: (212) 402-9400
Facsimile: (212) 402-9444

Michael G. McManus (admitted pro hac vice)
mmcmanus@mckoolsmith.com
MCKOOL SMITH P.C.
1700 K Street, N.W., Suite 740
Washington, D.C. 20006
Telephone (202) 370-8300
Facsimile: (202) 370-8344

**ATTORNEYS FOR DEFENDANT
WI-LAN INC.**

## SIGNATURE ATTESTATION

Pursuant to General Order No. 45(X)(B), I hereby attest that I have obtained concurrence in the filing of this document from all the signatories for whom a signature is indicated by a "conformed" signature (/s/) within this e-filed document and I have on file records to support this concurrence for subsequent production to the Court if so ordered for inspection upon request.

Dated:   October 28, 2010                                              By_____*/s/ John R. Edwards*_____

## CERTIFICATE OF SERVICE

The undersigned certifies that on this 28th day of October, 2010, all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document through the Court's CM/ECF system.

By:_____*/s/ John R. Edwards*_____