**IT IS SO ORDERED**
Judge James Ware

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| INTEL CORPORATION,<br><br>    Plaintiff,<br><br>  v.<br><br>WI-LAN, INC.,<br><br>    Defendant. | Case No. 5:08-cv-4555 JW (HRL)<br><br>**ORDER MERGING CLAIM CONSTRUCTION HEARING AND TUTORIAL** |

Pursuant to the Court's October 21, 2010 Order, the parties have submitted a Joint Statement re: the November 18 & 19, 2010 Tutorial and Markman hearing. In light of the Court's calendar, the Court merges the Tutorial and the Markman into a single hearing. Accordingly, the parties shall appear on **November 19, 2010 at 9 a.m.** for both the Tutorial and the Markman hearing. Consistent with the Court's Patent Scheduling Order, each side shall have 45 minutes to present their Tutorial. Each side will then have 1 hour to make their Markman presentation.

Dated: November 2, 2010

JAMES WARE
United States District Judge