United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Intel Corp., | NO. C 08-04555 JW |
| Plaintiff, | **ORDER REQUESTING ADDITIONAL CHAMBERS' COPIES OF CLAIM CONSTRUCTION BRIEFS** |
| v. | |
| Wi-LAN, Inc., et al., | |
| Defendants. | |

This case is scheduled for a Markman Hearing on November 19, 2010. Upon review, the Court finds that additional chambers' copies of the parties' submissions are required.

Accordingly, on or before **November 5, 2010 at 12 p.m.**, the parties shall lodge with the Court, by way of the Clerk's office, an additional chambers' copy of the following:

(1) Defendant Wi-LAN Inc.'s Patent L.R. 4-5(a) Opening Claim Construction Brief. (See Docket Item No. 302.)

(2) Plaintiff Intel's Patent L.R. 4-5(b) Responsive Claim Construction Brief and Supporting Evidence. (See Docket Item No. 305.)

(3) Declaration of John Edwards in Support of Plaintiff Intel's Patent L.R. 4-5(b) Responsive Claim Construction Brief. (See Docket Item No. 306.)

Dated: November 4, 2010

JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Adam R. Alper aalper@kirkland.com
Amy Rebecca Schofield aschofield@kirkland.com
Christian Chadd Taylor christian.taylor@kirkland.com
Gayle Rosenstein Klein gklein@mckoolsmith.com
Gianni  Cutri gcutri@kirkland.com
Gregory S. Arovas garovas@kirkland.com
John Richard Edwards john.edwards@kirkland.com
Laura Ann Handley lhandley@mckoolsmith.com
Michael G. McManus mmcmanus@mckoolsmith.com
Robert A. Cote rcote@mckoolsmith.com
Thomas H R Denver tdenver@mediationmasters.com

**Dated:  November 4, 2010**                                   **Richard W. Wieking, Clerk**


                                                               **By:       /s/ JW Chambers**
                                                                       **Elizabeth Garcia**
                                                                       **Courtroom Deputy**

**United States District Court**
For the Northern District of California