Gregory S. Arovas (*pro hac vice*)
garovas@kirkland.com
KIRKLAND & ELLIS LLP
153 East 53rd Street
New York, New York  10022-4611
Telephone:     (212) 446-4800
Facsimile:     (212) 446-4900

Adam R. Alper (S.B.N. 196834)
aalper@kirkland.com
Amy R. Schofield (S.B.N. 244543)
aschofield@kirkland.com
KIRKLAND & ELLIS LLP
555 California Street
San Francisco, California  94104-1501
Telephone:     (415) 439-1400
Facsimile:     (415) 439-1500

Attorneys for Plaintiff INTEL CORPORATION

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| INTEL CORPORATION, | Case No. 5:08-cv-4555 JW (HRL) |
| Plaintiff, | **STIPULATION AND JOINT MOTION TO DISMISS WITH PREJUDICE AND [PROPOSED] ORDER** |
| v. | |
| WI-LAN, INC., | Judge:     Hon. James Ware |
| Defendant. | |

Plaintiff Intel Corporation ("Intel") and Defendant Wi-LAN, Inc. ("Wi-LAN"), by and through their counsel of record, hereby stipulate and request that the Court order as follows:

(1)     All claims between Intel and Wi-LAN, including all claims presented by Intel's Complaint and all of Wi-LAN's counterclaims, shall be dismissed with prejudice; and

(2)     Intel and Wi-LAN each shall bear their own costs and attorneys' fees.

| | | |
|---|---|---|
| 1 | Dated: January 25, 2011 | By:  /s/ Adam Alper |
| 2 | | Gregory S. Arovas (admitted *pro hac vice*) |
| | | garovas@kirkland.com |
| 3 | | KIRKLAND & ELLIS LLP |
| | | 153 East 53rd Street |
| 4 | | New York, NY 10022-4611 |
| | | Telephone: (212) 446-4800 |
| 5 | | Facsimile:  (212) 446-4900 |

Adam R. Alper (S.B.N. 196834)
aalper@kirkland.com
Amy R. Schofield (S.B.N. 244543)
aschofield@kirkland.com
KIRKLAND & ELLIS LLP
555 California Street
San Francisco, CA 94104-1501
Telephone (415) 439-1400
Facsimile: (415) 439-1500

ATTORNEYS FOR PLAINTIFF INTEL CORPORATION

Dated: January 25, 2011                    By:  /s/ Robert A. Cote
Robert A. Cote (admitted *pro hac vice*)
rcote@mckoolsmith.com
Gayle Rosenstein Klein (S.B.N. 237975)
gklein@mckoolsmith.com
MCKOOL SMITH P.C.
One Bryant Park, 47th Floor
New York, NY 10036
Telephone: (212) 402-9400
Facsimile:  (212) 402-9444

Michael G. McManus (admitted *pro hac vice*)
mmcmanus@mckoolsmith.com
MCKOOL SMITH P.C.
1700 K Street, N.W., Suite 740
Washington, D.C. 20006
Telephone (202) 370-8300
Facsimile: (202) 370-8344

ATTORNEYS FOR DEFENDANT
WI-LAN INC.

1   PURSUANT TO STIPULATION, IT IS SO ORDERED,

2     The Clerk shall close this file.

3   DATED: January 27, 2011        By: *James Ware*
4                                      Honorable James Ware
                                       United States District Court Chief Judge
5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

**SIGNATURE ATTESTATION**

2  Pursuant to General Order No. 45(X)(B), I hereby attest that I have obtained concurrence in

3  the filing of this document from all the signatories for whom a signature is indicated by a

4  "conformed" signature (/s/) within this e-filed document and I have on file records to support this

5  concurrence for subsequent production to the Court if so ordered for inspection upon request.

6

7  Dated:   January 25, 2011                              By:   */s/ John R. Edwards*
                                                                John R. Edwards
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1  **CERTIFICATE OF SERVICE**

2  The undersigned certifies that on this 25th day of January, 2011, all counsel of record who
3  are deemed to have consented to electronic service are being served with a copy of this document
4  through the Court's CM/ECF system.

5

6  Dated:   January 25, 2011                                 By:   */s/ John R. Edwards*
                                                                    John R. Edwards
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28